Form B1 (Official Form 1) - (Rev. 1/08)     2008 USBC, Central District of California

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle): | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| Dynamic Builders, Inc., a Calif. Corp | |
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): None | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): 95-2851491 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State): 2114 S. Hill Street, Los Angeles, CA    ZIP CODE 90007 | Street Address of Joint Debtor (No. & Street, City, and State):    ZIP CODE |
| County of Residence or of the Principal Place of Business: Los Angeles | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): Same    ZIP CODE | Mailing Address of Joint Debtor (if different from street address):    ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above): Same    ZIP CODE | |

**Type of Debtor** (Form of Organization) (Check one box.)
- [ ] Individual (includes Joint Debtors) See Exhibit D on page 2 of this form
- [X] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (if debtor is not one of the above entities, check this box and state type of entity below)

**Nature of Business** (Check one box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [X] Other Commercial Real Estate

**Tax-Exempt Entity** (Check one box, if applicable)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code.)

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- [ ] Chapter 7
- [X] Chapter 11
- [ ] Chapter 9
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box.)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."
- [X] Debts are primarily business debts.

**Chapter 11 Debtors:**
Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [X] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- [ ] A plan is being filed with this petition
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b)

**Filing Fee** (Check one box)
- [X] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (Application to Chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Statistical/Administrative Information**

- [X] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| X | | | | | | | | | |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | X | | |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | X | | |

CCD-B1

(Official Form 1) (10/05) West Group, Rochester, NY    FORM B1, Page 2

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): *Dynamic Builders, Inc., a California Corporation* |
|---|---|

| Prior Bankruptcy Case Filed Within Last 8 Years | (If more than one, attach additional sheet) | |
|---|---|---|
| Location Where Filed: *NONE* | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor | (If more than one, attach additional sheet) | |
|---|---|---|
| Name of Debtor: *L. Ramon Bonin and Patty A. Bonin* | Case Number: *8:10-14067 TA* | Date Filed: *March 31, 2010* |
| District: *Central District - Santa Ana* | Relationship: *Officers/sole shareholders* | Judge: *Theodor Albert* |

### Exhibit A
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under Chapter 11)

☐ Exhibit A is attached and made a part of this petition

### Exhibit B
(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

I further certify that I delivered to the debtor the notice required by §342(b) of the Bankruptcy code.

X _____
Signature of Attorney for Debtor(s)    Date

### Exhibit C
Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health and safety?

☐ Yes, and exhibit C is attached and made a part of this petition.
☒ No

### Certification Concerning Debt Counseling by Individual/Joint Debtor(s)

☐ I/we have received approved budget and credit counseling during the 180-day period preceding the filing of this petition.

☐ I/we request a waiver of the requirement to obtain budget and credit counseling prior to filing based on exigent circumstances. (Must attach certification describing)

### Information Regarding the Debtor (Check the Applicable Boxes)
**Venue**    (Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☒ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principle assets in the United States in this District, or has no principle place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interest of the parties will be served in regard to the relief sought in this District.

### Statement by a Debtor Who Resides as a Tenant of Residential Property
*Check all applicable boxes.*

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

Official Form 1 (1/08)             FORM B1, Page 3

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>*Dynamic Builders, Inc.,*<br>*a California Corporation* |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b)

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

Date

### Signature of Attorney*

X _/s/ Nanette D. Sanders/_
Signature of Attorney for Debtor(s)

*Nanette D. Sanders 120169*
Printed Name of Attorney for Debtor(s)

*Ringstad & Sanders LLP*
Firm Name

*2030 Main Street*
Address

*Suite 1200*

*Irvine CA  92614*

*949 851-7450*
Telephone Number

Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _/s/ L. Ramon Bonin/_
Signature of Authorized Individual

*L. Ramon Bonin*
Printed Name of Authorized Individual

*Chairman*
Title of Authorized Individual

Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed name of Foreign Representative)

_____
(Date)

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number<br>NANETTE D. SANDERS, SBN 120169<br>RINGSTAD & SANDERS LLP<br>2030 Main Street, Ste. 1200<br>Irvine, CA 92614<br>Telephone: 949 851-7450   Fax: 9494 861-6926<br><br>*Attorney for:* Debtor | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re: DYNAMIC BUILDERS, INC., a California Corporation<br><br>Debtor(s). | CASE NO.:<br>CHAPTER: 11<br>ADV. NO.: |
|---|---|

**ELECTRONIC FILING DECLARATION**
**(CORPORATION/PARTNERSHIP)**

■ Petition, statement of affairs, schedules or lists
☐ Amendments to the petition, statement of affairs, schedules or lists
☐ Other: _____
☐

Date Filed: _____
Date Filed: _____
Date Filed: _____

**PART I - DECLARATION OF AUTHORIZED SIGNATORY OF DEBTOR OR OTHER PARTY**

I, the undersigned, hereby declare under penalty of perjury that: (1) I have been authorized by the Debtor or other party on whose behalf the above-referenced document is being filed (Filing Party) to sign and to file, on behalf of the Filing Party, the above-referenced document being filed electronically (Filed Document); (2) I have read and understand the Filed Document; (3) the information provided in the Filed Document is true, correct and complete; (4) the '/s/,' followed by my name, on the signature lines for the Filing Party in the Filed Document serves as my signature on behalf of the Filing Party and denotes the making of such declarations, requests, statements, verifications and certifications by me and by the Filing Party to the same extent and effect as my actual signature on such signature lines; (5) I have actually signed a true and correct hard copy of the Filed Document in such places on behalf of the Filing Party and provided the executed hard copy of the Filed Document to the Filing Party's attorney; and (6) I, on behalf of the Filing Party, have authorized the Filing Party's attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California.

_____     _____
*Signature of Authorized Signatory of Filing Party*                    Date

L. Ramon Bonin
*Printed Name of Authorized Signatory of Filing Party*

Chairman
*Title of Authorized Signatory of Filing Party*

**PART II - DECLARATION OF ATTORNEY FOR FILING PARTY**

I, the undersigned Attorney for the Filing Party, hereby declare under penalty of perjury that: (1) the '/s/,' followed by my name, on the signature lines for the Attorney for the Filing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) an authorized signatory of the Filing Party signed the *Declaration of Authorized Signatory of Debtor or Other Party* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by '/s/,' followed by my name, and have obtained the signature of the authorized signatory of the Filing Party in the locations that are indicated by '/s/,' followed by the name of the Filing Party's authorized signatory, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration*, the *Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this *Declaration*, the *Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document available for review upon request of the Court or other parties.

_____     3/15/10
*Signature of Attorney for Filing Party*                    Date
Nanette D. Sanders
*Printed Name of Attorney for Filing Party*
This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*November 2006*

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Nanette D. Sanders<br>Ringstad & Sanders LLP<br>2030 Main Street<br>Suite 1200<br>Irvine, CA 92614<br>949 851-7450<br>949 851-6926<br>120169<br>☐ Attorney for: | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re: DYNAMIC BUILDERS, INC., a California Corporation<br><br>Debtor(s),<br><br>Plaintiff(s),<br><br>Defendant(s). | CASE NO.:<br>ADV. NO.:<br>CHAPTER: 11 |
|---|---|

## Corporate Ownership Statement Pursuant to
## FRBP 1007(a)(1) and 7007.1, and LBR 1007-4

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I, L. Ramon Bonin, Chairman_____, the undersigned in the above-captioned case, hereby declare
 *(Print Name of Attorney or Declarant)*
under penalty of perjury under the laws of the United States of America that the following is true and correct:

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1. I have personal knowledge of the matters set forth in this Statement because:

    [X] I am the president or other officer or an authorized agent of the debtor corporation
    ☐ I am a party to an adversary proceeding
    ☐ I am a party to a contested matter
    ☐ I am the attorney for the debtor corporation

2. a. ☐ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

    *[For additional names, attach an addendum to this form.]*

   b. [X] There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

_____    _____
Signature of Attorney or Declarant    Date

L. Ramon Bonin, Chairman
Printed Name of Attorney or Declarant

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2009                                                                                     F 1007-4
                                                                                              F10074

## STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LOCAL BANKRUPTCY RULE 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

   None.

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

   L. Ramon Bonin and Patty A. Bonin, Officers/Sole Shareholders
   Filed concurrently herewith - Central District - Santa Ana

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

   None.

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at Irvine, California.

Dated _____

*Debtor* (signed)
L. Ramon Bonin, Chairman
Dynamic Builders, Inc.

*Joint Debtor*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California

F 1015-2.1

Revised May 2004

BK-101

| Party Name, Address, and Telephone Number *(CA State Bar No. If Applicable)* | FOR COURT USE ONLY |
|---|---|
| Nanette D. Sanders<br>Ringstad & Sanders LLP<br>2030 Main Street<br>Suite 1200<br>Irvine, CA 92614<br>949 851-7450 | |
| **UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA** | |
| In re: Dynamic Builders, Inc.,<br>a California Corporation,<br><br><br>Debtor. | CHAPTER 11  11<br>CASE NUMBER<br><br>(No Hearing Required) |

# VENUE DISCLOSURE FORM
## FOR CORPORATIONS FILING CHAPTER 11
### *(Required by General Order 97-02)*

*Attach additional sheets as necessary and indicate so in each section*

1. Specify the address of the principal office of the Debtor currently on file with the California Secretary of State *(from Form S0100, S0200, or S0300)*: 2114 S. Hill Street, Los Angeles, CA 90007

2. Specify the address of the principal office of the Debtor listed on the Debtor's most recent federal tax return:
   2114 S. Hill Street, Los Angeles, CA 90007

3. Disclose the current business address(es) for all corporate officers:
   2114 S. Hill Street, Los Angeles, CA 90007

4. Disclose the current business address(es) where the Debtor's books and records are located:
   2114 S. Hill Street, Los Angeles, CA 90007

---

*Rev. 12/99* This form is required pursuant to General Order 97-02. It has been approved for use by the United States Bankruptcy Court for the Central District of California.  **VEN-C**

Venue Disclosure Form for Corporations Filing Chapter 11 - Page Two (2)    **VEN-C**

| In re Dynamic Builders, Inc., a California Corporation, Debtor. | CHAPTER 11  11 |
|---|---|
| | CASE NUMBER |

5. List the address(es) where the majority of the Debtor's assets are located based on a book value determination as set forth on the Debtor's most recent balance sheet:

   2114 S. Hill Street, Los Angeles, CA 90007

6. Disclose any different address(es) to those listed above within six months prior to the filing of this petition and state the reasons for the change in address(es):

   None

7. State the name and address of the officer signing this Statement and the relationship of such person to the Debtor (specify): L. Ramon Bonin, Chairman, 2114 S. Hill Street, Los Angeles, CA 90007

8. Total number of attached pages of supporting documentation: _____

9. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

Executed on the _____ day of _____, 2010, at Irvine _____, California.

L. Ramon Bonin
*Type Name of Officer*

Chairman
*Position or Title of Officer*

*Signature of Declarant*
Dynamic Builders, Inc.

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# Los Angeles DIVISION

In re  *Dynamic Builders, Inc.*
       *a California Corporation*

Case No.
Chapter 11

_____/ Debtor

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| Name of Creditor and Complete Mailing Address including Zip Code | Name, Telephone Number and Complete Mailing Address, including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who may be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or subject to Setoff | Amount of Claim (if Secured also State Value of Security) |
|---|---|---|---|---|
| 1<br>Comerica Bank<br>Barry Cohen<br>2321 Rosecrans Ave., #5000<br>El Segundo CA  90245 | Phone: 310 297-3001<br>Comerica Bank<br>Barry Cohen<br>2321 Rosecrans Ave., #5000<br>El Segundo CA  90245 | Line of Credit | | $ 29,615,325.00 |
| 2<br>City National Bank<br>John Finnigan<br>555 S. Flower<br>Los Angeles CA  90071 | Phone: 213 673-8919<br>City National Bank<br>Kevin McKenna<br>555 S. Flower<br>Los Angeles CA  90071 | Line of Credit | | $ 2,980,500.00 |
| 3<br>Dynamic Group, LLC<br>Jason Lui<br>4601 S. Boyle<br>Vernon CA  90058 | Phone:<br>Dynamic Group, LLC<br>Jason Lui<br>4601 S. Boyle<br>Vernon CA  90058 | Investment | | $ 2,908,249.88 |
| 4<br>David Sestak<br><br>1910 B. Speyer Lane<br>Redondo Beach CA  90278 | Phone:<br>David Sestak<br><br>1910 B. Speyer Lane<br>Redondo Beach CA  90278 | Investment | | $ 233,740.00 |

Page 1

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Name of Creditor and Complete Mailing Address including Zip Code | Name, Telephone Number and Complete Mailing Address, including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who may be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or subject to Setoff | Amount of Claim (if Secured also State Value of Security) |
|---|---|---|---|---|
| 5<br>AT&T<br>P.O. Box 5001<br>Carol Stream IL  60197-5001 | Phone: 888 827-3237<br>AT&T<br>Attn: Accounts Receivable<br>P.O. Box 5001<br>Carol Stream IL  60197-5001 | Utility Relocation | D | $ 80,355.56 |
| 6<br>Preferred Meals<br>5240 Saint Charles Road<br>Berkeley   IL   60163 | Phone: 708 547-7080<br>Preferred Meals<br>Attn: Accounts Receivable<br>5240 St. Charles Road<br>Berkeley   IL   60163 | Lease Deposit - 3070 E.Washington | C | $ 38,477.00 |
| 7<br>Marine Harvest<br>8550 NW 17th Street, Unit 105<br>Miami FL  33126 | Phone: 305 591-8550<br>Marine Harvest<br>Attn: Accounts Receivable<br>8550 NW 17th Street, Unit 105<br>Miami FL  33126 | Lease Depost | C | $ 38,000.00 |
| 8<br>Southern California Edison<br>Oak Payment Processing<br>P.O. Box 800<br>Rosemead CA  91771 | Phone:<br>Southern California Edison<br>Oak Payment Processing<br>P.O. Box 800<br>Rosemead CA  91771 | Fullerton Development | D | $ 37,927.31 |
| 9<br>Dorin Realty<br>Steve Goldman<br>900 S. Santa Fe Avenue<br>Los Angeles  CA   90021 | Phone: 213 627-0007<br>Dorin Realty<br>Steve Goldman<br>900 S. Santa Fe Avenue<br>Los Angeles  CA   90021 | Commission | | $ 25,000.00 |
| 10<br>Sierra Fireproofing<br>5053 Heintz Street<br>Baldwin Park CA  91706 | Phone: 626 814-4607<br>Sierra Fireproofing<br>5053 Heintz Street<br>Baldwin Park CA  91706 | Byer California Project | | $ 22,587.95 |
| 11<br>Andrew Kramer<br>11751 Zelzah Avenue<br>Granada Hills CA  91344 | Phone: 909 348-2135<br>Andrew Kramer<br>11751 Zelzah Avenue<br>Granada Hills CA  91344 | Lease/Prepaid Rent | | $ 14,071.00 |
| 12<br>Trak Environmental<br>3637 B Arundell Circle<br>Ventura  CA  93003 | Phone: 805 650-5333<br>Trak Environmental<br>3637 B Arundell Circle<br>Ventura  CA  93003 | Ground water monitor/sampling | | $ 12,500.00 |

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Name of Creditor and Complete Mailing Address including Zip Code | Name, Telephone Number and Complete Mailing Address, including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who may be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or subject to Setoff | Amount of Claim (if Secured also State Value of Security) |
|---|---|---|---|---|
| 13<br>Pat Frierson Ent. Inc.<br>904 Silver Spur Road, #408<br>Rolling Hills CA 90274 | Phone: 310 530-8900<br>Pat Frierson Ent. Inc.<br>904 Silver Spur Road, #408<br>Rolling Hills CA 90274 | Lease Deposit -Carson Unit 16 | C | $ 11,912.40 |
| 14<br>Carol Jones<br>340 Glen Summer Road<br>Pasadena CA 91105 | Phone:<br>Carol Jones<br>340 Glen Summer Road<br>Pasadena CA 91105 | Commission | | $ 11,441.61 |
| 15<br>Kenneth Jackson<br>25391 Mustang Drive<br>Laguna Hills CA 92653 | Phone: 949 362-0017<br>Kenneth Jackson<br>25391 Mustang Drive<br>Laguna Hills CA 92653 | Commission | | $ 11,441.61 |
| 16<br>Ryka Apparel Inc.<br>16828 S. Main St.<br>Gardenia CA 90248 | Phone: 909 348-2135<br>Ryka Apparel Inc.<br>16828 S. Main St.<br>Gardenia CA 90248 | Lease Deposit - Carson Unit 2 | C | $ 9,858.00 |
| 17<br>Pacific Gas & Electric Co.<br>Payment Research<br>P.O. Box 997310<br>Sacramento CA 95899-7310 | Phone: 800 945-5251<br>Pacific Gas & Electric Co.<br>Payment Research<br>P.O. Box 997310<br>Sacramento CA 95899-7310 | Engineering Cost | | $ 6,760.38 |
| 18<br>Pat Frierson Ent. Inc.<br>904 Silver Spur Road, #408<br>Rolling Hills CA 90274 | Phone: 310 530-8900<br>Pat Frierson Ent. Inc.<br>904 Silver Spur Road, #408<br>Rolling Hills CA 90274 | Lease Despoit - Carson Unit 1 | C | $ 6,000.00 |
| 19<br>CM Mode<br>16820 S. Main St.<br>Gardenia CA 90248 | Phone: 323 974-1661<br>CM Mode<br>16820 S. Main St.<br>Gardenia CA 90248 | Lease Deposit - Carson Unit 1 | C | $ 5,785.74 |
| 20<br>Kickstart Motorsports<br>630 E. Main Street<br>Suite 38<br>ALHAMBRA CA 91801 | Phone: 888 250-9074<br>Kickstart Motorsports<br>630 E. Main Street<br>Suite 38<br>ALHAMBRA CA 91801 | Lease Deposit | C | $ 5,050.00 |

Form B4 (10/05) West Group, Rochester, NY

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION

I, **L. Ramon Bonin** _____, **Chairman** _____ of the **Corporation** _____ named as debtor in this case, declare under penalty of perjury that I have read the foregoing List of Creditors Holding Twenty Largest Unsecured Claims and that they are true and correct to the best of my knowledge, information and belief.

Date: _____     Signature _[signature]_
                    Name: **L. Ramon Bonin**
                    Title: **Chairman**

Verification of Creditor Mailing List - (Rev. 6/98)    1998 USBC, Central District of California

# MASTER MAILING LIST
## Verification Pursuant to Local Rule 1007-2(4)

Name _Nanette D. Sanders_

Address _2030 Main Street Suite 1200 Irvine, CA 92614_

Telephone _949 851-7450_

[X]   Attorney for Debtor(s)
[ ]   Debtor In Pro Per

---

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| List all names including trade names, used by Debtor(s) within last 6 years: <br> In re  Dynamic Builders, Inc. | Case No. |
|---|---|
| | Chapter 11 |
| Social Security No. _____ Debtor <br> Social Security No. _____ Joint Debtor <br> Debtor(s) EIN No. _95-2851491_ | |

## VERIFICATION OF CREDITOR MAILING LIST

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of __6__ sheet(s) is complete, correct and consistent with the debtor's schedules pursuant to Local Rule 1007-2(4) and I/we assume all responsibility for errors and omissions.

Date: _3/15/10_

Attorney: _Nanette D. Sanders_

Debtor: _Dynamic Builders, Inc._

Joint Debtor:

Dynamic Builders  Inc
2114 S  Hill St
Los  Angeles  CA  90007


Nanette D  Sanders
2030 Main Street
Suite 1200
Irvine  CA  92614

Case 8:10-bk-14151-TA    Doc 1    Filed 03/31/10    Entered 03/31/10 16:45:19    Desc
Main Document    Page 14 of 19
Dynamic Builders  Inc
2114 S  Hill St
Los  Angeles  CA  90007

L  Ramon & Patty A  Bonin
2114 S  Hill Street
Los Angeles   CA  90007


AT&T
P O  Box 5001
Carol Stream  IL  60197-5001


Bank of America
Phil Ratnoff
333 S  Hope Street  11th Floor
Los Angeles   CA  90071


Ramon Bonin
32275 Peppertree Bend
San Juan Capist   CA  92675


Patricia Bonin
32275 Peppertree Bend
San Juan Capistr  CA  92675


Citizens National Bank
Roy Miller
9754 E  Rush Street
So  El Monte  CA  91733


Citizens Business Bank
Roy Miller
9754 E  Rush Street
So  El Monte  CA  91733


Citizens Business Bank
Johnn Finnigan
9754 E  Rush Street
So  El Monte  CA  91733


City National Bank
John Finnigan
555 S  Flower  24th Floor
Los  Angeles  CA  90071


City National Bank
John Finnigan
555 S  Flower St   24th Floor
Los  Angeles  CA  90071

City National Bank
John Finnigan
555 S Flower 24th Floor
Los Angeles CA 90071


City National Bank
John Finnigan
555 S Flower
Los Angeles CA 90071


City National Bank
John Finnigan
555 S Flower Street 24th Fl
Los Angeles CA 90071


City National Bank
Dan Shonkwiler
151 Blue Ravine Rd
Folsom CA 95630


CM Mode
16820 S Main St
Gardenia CA 90248


Comerica Bank
Barry Cohen
2321 Rosecrans Ave #5000
El Segundo CA 90245


David Sestak
1910 B Speyer Lane
Redondo Beach CA 90278


Dorin Realty
Steve Goldman
900 S Santa Fe Avenue
Los Angeles CA 90021


Dynamic Group LLC
Jason Lui
4601 S Boyle
Vernon CA 90058


Employment Development Dept
Bankruptcy Group MIC 92E
P O Box 826880
Sacarmento CA 94280-0001

ETC Wholesale/CM Mode
625 S Berendo St  Unit 308
Los Angeles  CA  90020


Franchise Tax Board
Attn  Bankruptcy
P O  Box 2952
Sacramento  CA  95812-2952


George Fuchs Company  Inc
3291 Monier Circle  Suite 3
Rancho Cordova  CA  95742


Gold's Gym
4917 W  147th Street
Hawthorne  CA  90250


Home Depot USA  Inc
3800 West Champman Ave
Orange  CA  92868


Internal Revenue Service
Attn  Insolvency Department
P O  Box 21126
Philadelphia  PA  19114


Kenneth Jackson
25391 Mustang Drive
Laguna Hills  CA  92653


Carol Jones
340 Glen Summer Road
Pasadena  CA  91105


Kickstart Motorsports
630 E  Main Street
Suite 38
ALHAMBRA  CA  91801


Andrew Kramer
11751 Zelzah Avenue
Granada Hills  CA  91344


Lounge Appeal
16860 S  Main St
Gardenia  CA  90248

Lounge Appeal Inc
1300 E 223rd St Suite 406
Carson CA 90745


Marine Harvest
8550 NW 17th St Unit 105
Miami FL 33126


Marine Harvest
8550 NW 17th Street Unit 105
Miami FL 33126


Morningstar Collections
1320 S Boyle Avenue
Suite A
Los Angeles CA 90023


Pacific Gas & Electric Co
Payment Research
P O Box 997310
Sacramento CA 95899-7310


Pat Frierson Ent Inc
904 Silver Spur Road #408
Rolling Hills CA 90274


Pat Frierson Ent Inc
904 Silver Spur Road #408
Rolling Hills CA 90274


Pat Frierson Enterprises Inc
904 Silver Spur Rd Suite 408
Rolling Hills CA 90274


Preferred Freezer Services
360 Avenue P
Newark NJ 07105


Preferred Meal Systems Inc
5420 St Charles Road
Berkeley IL 60163


Preferred Meals
5240 Saint Charles Road
Berkeley IL 60163

Ryka Apparel Inc
16828 S Main St
Gardenia CA 90248


Ryka Apparel Inc
16 Mesa Ridge Drive
Ramona CA 91766


Securities Exchange Commission
5670 Wilshire Boulevard
11th Floor
Los Angeles CA 90036


Sierra Fireproofing
5053 Heintz Street
Baldwin Park CA 91706


Southern California Edison
Oak Payment Processing
P O Box 800
Rosemead CA 91771


Southern Wild Seafoods Inc
661 Quail Drive
Los Angeles CA 90065


Stanley Convergent Security
Dept Ch 10651
Palatine IL 60055


TLC Properties Inc
5551 Corporate Blvd Suite 2-A
Baton Rouge LA 70808


Trak Environmental
3637 B Arundell Circle
Ventura CA 93003


United States Trustee
725 South Figueroa Street
26th Floor
Los Angeles CA 90017