1  Kenneth N. Russak (State Bar No. 107283)
     krussak@frandzel.com
2  Michael J. Gomez (State Bar No. 251571)
     mgomez@frandzel.com
3  FRANDZEL ROBINS BLOOM & CSATO, L.C.
   6500 Wilshire Boulevard
4  Seventeenth Floor
   Los Angeles, California  90048-4920
5  Telephone: (323) 852-1000
   Facsimile: (323) 651-2577
6
   Attorneys for Bank of America, N.A.
7

8

9                    UNITED STATES BANKRUPTCY COURT

10                   CENTRAL DISTRICT OF CALIFORNIA

11                          SANTA ANA DIVISION

12  In re                                   CASE No. 8:10-bk-14151-TA

13  Dynamic Builders, Inc.,                 Chapter 11

14            Debtor.                        **NOTICE OF PERFECTION OF RENTS
                                             AND DEMAND FOR SEQUESTRATION
15                                           OF CASH COLLATERAL PURSUANT
                                             TO 11 U.S.C. §§ 362(b)(3), 363(c)(4), AND
16                                           546(b)**

17  _____    **[NO HEARING REQUIRED]**

18

19  **TO THE HONORABLE THEODOR C. ALBERT, UNITED STATES BANKRUPTCY**

20  **JUDGE, THE DEBTOR-IN-POSSESSION AND THE DEBTOR'S COUNSEL:**

21

22      **NOTICE IS HEREBY GIVEN** that Bank of America, N.A. ("Bank of America"), by and

23  through its attorneys of record, gives notice pursuant to 11 U.S.C. § 546(b) of perfection of its

24  interest in all rents, issues, profits, and proceeds (the "cash collateral") related to, connected with,

25  or arising from that certain real property commonly referred to as 3000 East Washington

26  Boulevard, Los Angeles, California 90023 (the "Property").  A true and correct copy of the legal

27  description of the Property is attached as Exhibit "1."

28      Pursuant to a Standing Loan Agreement ("SLA"), Bank of America Community

FRANDZEL ROBINS BLOOM & CSATO, L.C.
6500 WILSHIRE BOULEVARD, 17TH FLOOR
LOS ANGELES, CALIFORNIA 90048-4920
(323) 852-1000

1   Development Bank ("BACDB") agreed to provide Dynamic Group, LLC with a loan for

2   $7,000,000 (the "SLA Loan").  A true and correct copy of the SLA is attached as Exhibit "2."  In

3   connection with the SLA, Dynamic Group, LLC executed and delivered a Promissory Note (the

4   "SLA Note") to BACDB for $7,000,000.  A true and correct copy of the SLA Note is attached as

5   Exhibit "3."  As security for the SLA Note, Dynamic Group, LLC granted BACDB a Deed of

6   Trust, Assignment of Rents and Fixture Filing (the "SLA Deed of Trust") recorded on or about

7   May 9, 2000 against the Property.  A true and correct copy of the SLA Deed of Trust is attached as

8   Exhibit "4."  As additional security for the SLA Note, Dynamic Group, LLC granted BACDB an

9   Assignment of Rents (the "Assignment of Rents") recorded on or about May 9, 2000.  A true and

10  correct copy of the SLA Deed of Trust is attached as Exhibit "5."  The SLA, the SLA Note, the

11  SLA Deed of Trust, and the Assignment of Rents are collectively referred to as the "SLA

12  Documents."

13      Bank of America is the successor to BACDB's interest in the SLA Documents.  Pursuant to

14  a Grant Deed recorded on or about June 17, 2005, Dynamic Group, LLC transferred its interest in

15  the Property to Dynamic Builders, Inc. (the "Debtor").  Pursuant to a Consent, Assumption and

16  Modification Agreement between the Debtor and Bank of America recorded on or about June 17,

17  2005, the Debtor assumed the obligations of Dynamic Group, LLC with respect to the SLA

18  Documents and Bank of America consented to the acquisition of the Property by the Debtor.

19      Pursuant to a Construction Loan Agreement ("CLA"), Bank of America agreed to provide

20  the Debtor with a loan for $54,474,716 (the "CLA Loan").  A true and correct copy of the CLA is

21  attached as Exhibit "6."  In connection with the CLA, the Debtor executed and delivered to Bank

22  of America a Promissory Note (the " CLA Note") for $54,474,716.  A true and correct copy of the

23  CLA Note is attached as Exhibit "7."

24      As security for the CLA Note, the Debtor granted Bank of America a Construction Deed o

25  f Trust, Assignment, Security Agreement and Fixture Filing ("CLA Deed of Trust") recorded on or

26  about August 2, 2007 against the Property.  A true and correct copy of the CLA Deed of Trust is

27  attached as Exhibit "8."  As additional credit support, L. Ramon Bonin and Patty A. Bonin (the

28  "Guarantors") executed a Guaranty Agreement in favor of Bank of America, guarantying the

692231.1 | 100315-0025

2

FRANDZEL ROBINS BLOOM & CSATO, L.C.
6500 WILSHIRE BOULEVARD, 17TH FLOOR
LOS ANGELES, CALIFORNIA 90048-4920
(323) 852-1000

1  repayment of the CLA Loan and the SLA Loan.  A true and correct copy of the Guaranty

2  Agreement is attached as Exhibit "9." Bank of America also recorded a UCC Financing Statement

3  on or about June 22, 2005.  A true and correct copy of the UCC Financing Statement is attached as

4  Exhibit "10." The CLA, the CLA Note, the CLA Deed of Trust, the Guaranty Agreement, and the

5  UCC Financing Statement are collectively referred to as the "CLA Documents."  The SLA Deed

6  of Trust constitutes a first lien on the Property and the CLA Deed of Trust constitutes a second

7  lien on the Property.

8     Bank of America and the Debtor entered into a Modification Agreement recorded on or

9  about August 2, 2007 which amended the SLA Documents to provide that an event of default

10  under CLA Documents constituted an event of default under the SLA Documents.  A true and

11  correct copy of the Modification Agreement is attached as Exhibit "11."  On or about July 22,

12  2008, Bank of America and the Debtor entered into an Extension Agreement, extending the

13  maturity dates for the SLA Loan and the CLA Loan to October 1, 2008.  A true and correct copy

14  of the Extension Agreement is attached as Exhibit "12."  Subsequently, the Debtor and Bank of

15  America entered into a Second Modification Agreement, extending the maturity dates for the SLA

16  Loan and the CLA Loan to December 4, 2008.

17     Pursuant to a Third Modification Agreement, amongst other things: (1) the SLA Loan and

18  CLA Loan's maturities were extended to December 3, 2010; (2) the Guarantors deposited

19  $5,100,000 into a reserve account with Bank of America; and (3) the Guarantors executed a

20  Security Agreement (Deposit Accounts – Specific) ("Security Agreement") granting Bank of

21  America a security interest in the reserve account containing $5,100,000 as additional collateral

22  for the SLA Loan and the CLA Loan.  A true and correct copy of the Third Modification

23  Agreement is attached as Exhibit "13."  A true and correct copy of the Security Agreement is

24  attached as Exhibit "14."

25     Bank of America caused a Modification Agreement and Deed of Trust, Assignment,

26  Security Agreement and Fixture Filing (the "Recorded Modification Agreement") to be recorded

27  on or about February 17, 2009, to, among other things, provide constructive notice of the terms of

28  the Third Modification Agreement.  A true and correct copy of the Recorded Modification

1   Agreement is attached as Exhibit "15."[1]

2      **PLEASE TAKE FURTHER NOTICE** that this notice is given pursuant to the exception

3 to the automatic stay set forth in 11 U.S.C. § 362(b)(3).  Bank of America asserts and reserves its

4 right to seek further relief under applicable law.  Further, this notice does not constitute a waiver

5 of any rights or remedies under the Bankruptcy Code,[2] under applicable non-bankruptcy law, or

6 any agreement with the Debtor.  This notice is in addition to and not in derogation of Bank of

7 America's perfection of its interests against the Property under applicable non-bankruptcy law.

8      **PLEASE TAKE FURTHER NOTICE** that Bank of America does not consent to the use

9 of any income, rents, issues, profits, and proceeds of the Property.  Accordingly, demand is hereby

10 made pursuant to 11 U.S.C. § 363(c)(4) that the income, rents, issues, profits, and proceeds be

11 sequestered for the benefit of Bank of America and that an accounting of the use of the cash

12 collateral be provided to the undersigned forthwith.

17 DATED: April 2, 2010           FRANDZEL ROBINS BLOOM & CSATO, L.C.
18                          KENNETH N. RUSSAK
                          MICHAEL J. GOMEZ

20                  By:  /s/ Michael J. Gomez
21                      MICHAEL J. GOMEZ
                     Attorneys for Bank of America, N.A.

25     [1] To the extent any documents have not been included which evidence the Debtor's
26 indebtedness to Bank of America, Bank of America's security interests in property of the estate, or
any other obligations the Debtor may have incurred towards Bank of America, Bank of America
shall file a supplement to this Notice.

27     [2] 11 U.S.C. § 101, *et seq.*

FRANDZEL ROBINS BLOOM & CSATO, L.C.
6500 WILSHIRE BOULEVARD, 17TH FLOOR
LOS ANGELES, CALIFORNIA 90048-4920
(323) 852-1000

4

| In re:<br>DYNAMIC BUILDERS, INC.<br><br>                                    Debtor(s). | CHAPTER: 11<br><br>CASE NUMBER: 8:10-bk-14151-TA |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 6500 Wilshire Boulevard, Seventeenth Floor, Los Angeles, California 90048-4920

A true and correct copy of the foregoing document described as **NOTICE OF PERFECTION OF RENTS AND DEMAND FOR SEQUESTRATION OF CASH COLLATERAL PURSUANT TO 11 U.S.C. §§ 362(B)(3), 363(C)(4), AND 546(B)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _April 2, 2010_ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following party(ies) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address indicated below:

Michael J Hauser     michael.hauser@usdoj.gov
Lance N Jurich     ljurich@loeb.com, kpresson@loeb.com
Kenneth N Russak     krussak@frandzel.com, banderson@frandzel.com;efiling@frandzel.com
Nanette D Sanders     becky@ringstadlaw.com
John N Tedford     jtedford@dgdk.com
United States Trustee (SA)     ustpregion16.sa.ecf@usdoj.gov

☐ Service Information continued on attached page.

**II.   SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served): On _April 2, 2010_ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

The Honorable Theodor C. Albert
U.S. Bankruptcy Court
Ronald Reagan Federal Building
411 W. Fourth Street, Suite 5085
Santa Ana, CA 92701-4593

☐ Service Information continued on attached page.

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P.5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method ) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service Information continued on attached page.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| _April 2, 2010_ | _Sandra Young King_ | | |
|---|---|---|---|
| Date | Type Name | | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

F 9013-3.1