| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Nanette D. Sanders (Bar No. 120169)<br>nanette@ringstadlaw.com<br>RINGSTAD & SANDERS LLP<br>2030 Main Street, 12th Floor<br>Irvine, CA 92614<br>Telephone: 949-851-7450<br>Telephone: 949-851-6926<br><br>☐ *Individual appearing without counsel*<br>☒ *Attorney for:* Debtors, Dynamic Builders, Inc. | **FILED & ENTERED**<br><br>**JUN 18 2010**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** ngo    **DEPUTY CLERK** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re: Dynamic Builders, Inc. | CHAPTER: 11 |
|---|---|
| | CASE NO.: 8:10-14151 TA |
| Debtor(s). | DATE: June 8, 2010<br>TIME: 10:30 a.m.<br>CTRM: 5B<br>FLOOR: 5th Floor |

**ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY**
**UNDER 11 U.S.C. § 362 (Action in Non-bankruptcy Forum)**
**(MOVANT:            Dynamic Builders, Inc.            )**

1. The Motion was: ☐ Contested    ☒ Uncontested    ☐ Settled by stipulation

2. The Motion affects the following non-bankruptcy case or administrative proceeding:

    Case name: **AAA Arbitration and Los Angeles County**

    Docket number: **Writ Proceeding as described in the Motion for Relief**

    Court or agency where pending:

3. The Motion is granted under:    ☐ 11 U.S.C. § 362(d)(1)    ☐ 11 U.S.C. § 362(d)(2)

4. As to Movant, its successors, transferees and assigns ("Movant"), the stay of 11 U.S.C. § 362(a) is:
    a. ☒ Terminated as to Debtor(s) and Debtor's(s') estate.
    b. ☐ Annulled retroactively to the date of the bankruptcy petition filing.
    c. ☐ Modified or conditioned as set forth in Exhibit _____ to this Order.

5. Movant may proceed in the non-bankruptcy forum to final judgment (including any appeals) in accordance with applicable non-bankruptcy law.

6. **Limitations on Enforcement of Judgment:** Movant is permitted to enforce its final judgment only by *(specify all that apply)*:
    a. ☐ Collecting upon any available insurance in accordance with applicable non-bankruptcy law.
    b. ☐ Proceeding against the Debtor(s) as to NON-estate property or earnings.

*(Continued on next page)*

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*December 2009*    **F 4001-10.NA**

**F 4001-10.NA**

Order on Motion for Relief from Stay (Non-bankruptcy Action) - *Page 2 of  7*

| In re Dynamic Builders, Inc. | CHAPTER: 11 |
|---|---|
| Debtor(s). | CASE NO.: 8:10-14151 TA |

7. This Court further orders as follows:

   a. ☐ This Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.

   b. ☐ The 14-day stay provided by Bankruptcy Rule 4001(a)(3) is waived.

   c. ☐ The provisions set forth in the Extraordinary Relief Attachment shall also apply *(attach Optional Form F 4001-1O.ER)*.

   d. ☒ See attached continuation page for additional provisions.

###

DATED: June 18, 2010

*/s/ Theodor C. Albert*
United States Bankruptcy Judge

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*December 2009*

**F 4001-10.NA**

**F 4001-10.NA**

Order on Motion for Relief from Stay (Non-bankruptcy Action) - *Page 3 of  7*

| In re Dynamic Builders, Inc. | CHAPTER: 11 |
|---|---|
| Debtor(s). | CASE NO.: 8:10-14151 TA |

## **ATTACHMENT**

The automatic of Section 362(a) is terminated so as to permit the continuation of the Arbitration and Writ Proceedings, through entry of final non-appealable order or judgment, and the Debtor is authorized to pay any additional arbitration fees or administrative and filing costs required by AAA or the Los Angeles Superior Court to conclude the Arbitration and the Writ Proceedings.

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*December 2009*    **F 4001-10.NA**

**F 4001-10.NA**

Order on Motion for Relief from Stay (Non-bankruptcy Action) - *Page 4 of  7*

| In re Dynamic Builders, Inc. | CHAPTER: 11 |
|---|---|
| Debtor(s). | CASE NO.: 8:10-14151 TA |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
2030 Main Street, Suite 1200, Irvine, CA 92614

A true and correct copy of the foregoing document described ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 (ACTION IN NON-BANKRUPTCY FORUM) will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL** ~~OR OVERNIGHT MAIL~~ (indicate method for each person or entity served)**:**
On                                June 8, 2010                                 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

Saul Reiss, Esq.
Law Offices of Saul Reiss, P.C.
2800 28th Street, Ste. 328
Santa Monica, CA 90405

Joel E. Boxer, Esq.
Bird Marella Boxer Wolpert
Nessim Drooks & Lincenberg
1875 Century Park East, 3rd Floor
Los Angeles, CA 90067

Steven Blau, Esq.
Office of the City Attorney
200 North Main Street
7000 City Hall East
Los Angeles, CA 90012

City of Los Angeles
Office of the City Clerk
200 North Spring Street, Room 360
Los Angeles, CA 90012

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on        June 8, 2010                         I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  *Listing the judge here constitutes a declaration that personal delivery*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*December 2009*                                                                                                                                                **F 4001-10.NA**

**F 4001-10.NA**

Order on Motion for Relief from Stay (Non-bankruptcy Action) - *Page 5 of 7*

| In re Dynamic Builders, Inc. | CHAPTER: 11 |
|---|---|
| Debtor(s). | CASE NO.: 8:10-14151 TA |

*on the judge will be completed no later than 24 hours after the document is filed.*

**Via Personal Delivery**: Honorable Theodor C. Albert, U.S. Bankruptcy Court, Ronald Reagan Federal Building, 411 W. Fourth St., Bin Outside Room 5097, Santa Ana, CA 92701-4593

**Via Email**:
- Raymond G Alvarado    ralvarado@adorno.com
- James C Bastian    jbastian@shbllp.com
- Theodore A Cohen    tcohen@sheppardmullin.com
- Michael J Gomez    mgomez@frandzel.com, efiling@frandzel.com;sking@frandzel.com
- Michael J Hauser    michael.hauser@usdoj.gov
- Mark D Houle    mark.houle@pillsburylaw.com
- Lance N Jurich    ljurich@loeb.com, kpresson@loeb.com
- David J Mccarty    dmccarty@sheppardmullin.com, pibsen@sheppardmullin.com
- Kenneth N Russak    krussak@frandzel.com, banderson@frandzel.com;efiling@frandzel.com
- Robyn B Sokol    ecf@ebg-law.com, rsokol@ebg-law.com
- John N Tedford    jtedford@dgdk.com
- William Freeman    bill.freeman@pillsburylaw.com

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| June 8, 2010 | Arlene Tavares | /s/ |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*December 2009*    **F 4001-10.NA**

F 4001-10.NA

Order on Motion for Relief from Stay (Non-bankruptcy Action) - *Page 6 of  7  *

| In re Dynamic Builders, Inc. | CHAPTER: 11 |
|---|---|
| Debtor(s). | CASE NO.: 8:10-14151 TA |

**NOTE TO USERS OF THIS FORM**:

**1)**  Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
**2)**  The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3)  Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
**4**)  **Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 (ACTION IN NON-BANKRUPTCY FORUM)  was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I.  SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (**"**NEF**"**)** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of            June 8, 2010                    , the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- Raymond G Alvarado    ralvarado@adorno.com
- James C Bastian    jbastian@shbllp.com
- Theodore A Cohen    tcohen@sheppardmullin.com
- Michael J Gomez    mgomez@frandzel.com, efiling@frandzel.com;sking@frandzel.com
- Michael J Hauser    michael.hauser@usdoj.gov
- Mark D Houle    mark.houle@pillsburylaw.com
- Lance N Jurich    ljurich@loeb.com, kpresson@loeb.com
- David J Mccarty    dmccarty@sheppardmullin.com, pibsen@sheppardmullin.com
- Todd C. Ringstad    becky@ringstadlaw.com
- Kenneth N Russak    krussak@frandzel.com, banderson@frandzel.com;efiling@frandzel.com
- Nanette D Sanders    becky@ringstadlaw.com
- Robyn B Sokol    ecf@ebg-law.com, rsokol@ebg-law.com
- John N Tedford    jtedford@dgdk.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**II.    SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

Dynamic Builders, Inc.
2114 S. Hill Street
Los Angeles, CA  90007

☐ Service information continued on attached page

**III.  TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*December 2009*    F 4001-10.NA

F 4001-10.NA

Order on Motion for Relief from Stay (Non-bankruptcy Action) - *Page 7 of 7*

| In re Dynamic Builders, Inc. | CHAPTER: 11 |
|---|---|
| Debtor(s). | CASE NO.: 8:10-14151 TA |

following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

Saul Reiss, Esq.
Law Offices of Saul Reiss, P.C.
2800 28th Street, Ste. 328
Santa Monica, CA 90405

Joel E. Boxer, Esq.
Bird Marella Boxer Wolpert
Nessim Drooks & Lincenberg
1875 Century Park East, 3rd Floor
Los Angeles, CA 90067

Steven Blau, Esq.
Office of the City Attorney
200 North Main Street
7000 City Hall East
Los Angeles, CA 90012

City of Los Angeles
Office of the City Clerk
200 North Spring Street, Room 360
Los Angeles, CA 90012

☐ Service information continued on attached page

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*December 2009*    F 4001-10.NA