Todd C. Ringstad - State Bar #97345
todd@ringstadlaw.com
Nanette D. Sanders – State Bar #120169
nanette@ringstadlaw.com
**RINGSTAD & SANDERS, LLP**
2030 Main Street, Suite 1200
Irvine, CA 92714
Telephone: (949) 851-7450
Facsimile: (949) 851-6926

General Insolvency Counsel for
Dynamic Builders, Inc.

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re | Case No. 8:10-14151 TA |
| DYNAMIC BUILDERS, INC., a California corporation; | Chapter 11 Proceeding |
| Debtor and Debtor-in-Possession. | **NOTICE OF HEARING ON MOTION OF DEBTOR FOR ORDER: (1) APPROVING SALE OF COMMERCIAL PROPERTY FREE AND CLEAR OF LIENS, CLAIMS AND ENCUMBRANCES PURSUANT TO BANKRUPTCY CODE SECTIONS 363(B), 363 (F), AND 363 (M); (2) APPROVING OVERBID PROCEDURES, (3) AUTHORIZING DEBTOR TO PAY SECURED CLAIM IN FULL FROM NET SALE PROCEEDS, AND (4) AUTHORIZING THE EMPLOYMENT OF BROKER, COLLIERS INTERNATIONAL AND AGENT LARRY CARLTON**<br><br>[16870 S. Main Street, Carson, CA]<br><br>HEARING:<br>DATE:   October 20, 2010<br>TIME:   10:00 a.m.<br>PLACE:  Courtroom 5B,<br>        United States Bankruptcy Court<br>        411 W. Fourth Street<br>        Santa Ana, CA |

**TO THE HONORABLE THEODOR C. ALBERT, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, AND OTHER INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that on October 20, 2010, at 10:00 a.m., in Courtroom 5B of the above-entitled Court, located at 411 West Fourth Street, Santa Ana, California 92701, before the Honorable Theodor C. Albert, United States Bankruptcy Judge, Dynamic Builders, Inc., a

California corporation, the debtor and debtor-in-possession herein ("Debtor"), will, and hereby does, move the Court for an Order authorizing: (i) the sale of the estate's interest in a commercial property located at 16879 S. Main Street, Carson, California (the "Property"), subject to overbidding, on the terms and conditions set forth herein; (ii) the Debtor to pay the sole secured creditor with a lien on the Property, Citizens Business Bank, from the sale proceeds upon close of the sale; and (iii) the compensation of broker Colliers International. ("Broker"), and designated agent Larry Carlton (the "Agent") to complete the sale of the property on the terms described (the "Motion").

## SUMMARY OF MOTION

The following is a summary of the Motion. A complete copy of the Motion, including supporting declaration(s), can be obtained by contacting Ringstad & Sanders, attn. Becky Metzner, 949/851-7450, to request a copy.

## STATEMENT OF FACTS

**A.   Jurisdiction and Venue.**

On March 31, 2010, L. Ramon Bonin and Patty A. Bonin (the "Bonins"), the shareholders of the Debtor and the guarantors of the company's institutional debt, commenced a voluntary Chapter 11 proceeding before this Court. Immediately thereafter, also on March 31, 2010, Dynamic commenced this proceeding by the filing of a voluntary petition (the "Petition Date"), filing as a related case to that commenced by the Bonins. In the interim, Dynamic has continued in possession of its real property and other assets and has continued to operate its businesses as a debtor in possession pursuant to sections 1107 and 1108 of the Bankruptcy Code. No trustee or examiner has been appointed in this case. The Court has jurisdiction over this matter pursuant to 28 U.S.C. Sections 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. Section 157(b)(2). Venue over the Debtor's chapter 11 cases is proper pursuant to 28 U.S.C. Sections 1408 and 1409.

**B.   Background and General Description of the Debtors.**

Dynamic Builders, founded in 1964 by L. Ramon Bonin, is a general contractor, principally involved in the construction of build to suit commercial/industrial building in the Los Angeles area. The company buys land with the intent to subdivide it into parcels or otherwise obtain necessary entitlements, develop the site, and construct commercial/industrial buildings on a contract by contract basis.

The operations of Dynamic are overseen by Mr. Bonin, in his capacity as Chairman, and his son Blaise Bonin, general manager. Mr. Bonin's son-in-law, Ken Jackson, serves as the Director of Sales. The Bonins are the sole shareholders of Dynamic.

**1.   Properties and Secured Lenders.**

Set forth below is a summary of the properties owned by the Debtor at the outset of this case and the secured lenders (collectively, the "Secured Lenders") who financed the acquisition and construction of the Debtor's existing properties, and were granted a security interest in the real and personal property for the purpose of securing repayment of the loans:

| Secured Creditor | Description of Property Subject to Creditors Lien | Scheduled Value[1] | Amount of Claim[2] |
|---|---|---|---|
| Bank of America | 3020-3090 E. Washington Los Angeles, CA Commercial Building | $58,010,000 | $47,449,799 |

---

[1] Values as reflected in the Debtor's Schedules. The Debtor is in the process of amending the values of certain of the properties following consultation with the market and analysis of appraisal information provided by certain lenders.

[2] Estimated principal balance as of the Petition Date.

| Bank | Address | | |
|---|---|---|---|
| Bank of America | 2914 E. Washington, Los Angeles, CA<br>Vacant Land | $1,124,872 | $1,266,335 |
| Citizens Business Bank | 2900 Lugo St.<br>Los Angeles, CA<br>Vacant Land | $1,689,350 | $2,100,000 |
| Citizens Business Bank | 16900 Main St<br>Carson, CA<br>Industrial Condos | $9,655,000 | $6,993,089 |
| Citizens Business Bank | 400 Hudson Lane<br>San Leandro, CA<br>Vacant Land | $12,800,000 | $6,977,225 |
| City National Bank | 1925 N. Marinanna/4671 Worth, Los Angeles, CA<br>Vacant Land | $5,152,902 | $3,299,980 |
| City National Bank | 1000 E. Olympic<br>Los Angeles, CA<br>Vacant Land | $3,500,000 | $2,551,740 |
| City National Bank | 2035 Camfield<br>Commerce, CA<br>Commercial Building | $7,000,000 | $13,446,000 |
| City National Bank | 1105-1107 S. Boyle – Parcel 3<br>Los Angeles, CA<br>Vacant Land | $3,675,448 | $6,051,612 |
| City National Bank | 1115-1129 S. Boyle –<br>Building 2<br>Los Angeles, CA<br>Warehouse/office building | $9,731,070 | $8,362,218 |
| City National Bank | 1133-1149 S. Boyle –<br>Building 1<br>Los Angeles, CA<br>Warehouse/Office Building | $11,733,930 | $9,889,742 |
| City National Bank | 1151 & 1155 S. Boyle<br>Los Angeles, CA<br>Warehouse/office building | $6,718,040 | $4,793,388 |
| **TOTAL** | | **$130,790,612** | **$113,181,128** |

**2. Comerica Bank.**

The Bonins are co-borrowers with the Debtor on an unsecured obligation to Comerica related to an Amended and Restated Business Loan Agreement dated June 4, 2007 (the "Comerica Loan Agreement"). Under the Comerica Loan Agreement, Comerica provided Dynamic and the Bonins with certain credit facilities on a combined, co-borrower basis. Prior to the Petition Date, the Debtor and the Bonins defaulted on the obligations to Comerica, and, as a result thereof, in May 2009 Comerica gave the co-obligors notice that it had accelerated the obligations due and later filed a complaint in the Orange County Superior Court entitled

Comerica Bank v. Dynamic Builders, Inc., et al., Case No. 30-2009-00123616. In connection with this litigation Comerica filed an application for right to attach order and writ of attachment against the Debtor and the Bonins.

### 3. Events Leading to Bankruptcy Filing.

Multiple factors have converged resulting in Dynamic's current cash flow difficulties, and requiring both the company and the Bonins to reorganize their financial affairs under the protection of Chapter 11. Most significantly, unprecedented events in the real estate, credit and financial markets have led to the cancellation of purchase agreements by several customers, leaving Dynamic as a property owner and manager rather than seller of commercial properties.

Dynamic and the Bonins acted swiftly to address the company's operating issues in light of the foregoing by substantially reducing its workforce and actively marketing not only its existing projects but also those in the planning stages. While Dynamic and the Bonins focused their efforts on finding a solution to this unprecedented situation in the company's 40 year very profitable history, certain creditors began taking actions that, absent the commencement of the cases, would have had a disastrous effect on the ability of both Dynamic and the Bonins to maximize the value of their assets and the enterprise as a whole.

With the assistance of FTI Consulting, Dynamic and the Bonins spent more than a year pre-petition attempting to negotiate a complete restructure of its obligations to the Secured Lenders and Comerica. These efforts were ultimately unsuccessful. However, as set forth below, Dynamic believes it has developed a restructuring plan that will maximize the value of its real estate assets, preserve on going operations and maximize the return to all creditors.

### 4. Dynamic's Restructuring Strategy.

In this Chapter 11 case, among other things, Dynamic intends to: (1) utilize existing cash on hand and future rents to continue operating its properties, while such properties are sold in the ordinary course or further developed where appropriate; (2) restructure its existing debt obligations and reformulate its balance sheet; (3) provide for treatment of creditor claims through a plan of reorganization; and, (4) emerge from Chapter 11 as a viable, going concern. By undertaking these efforts, Dynamic will preserve the going concern value of its business and maximize the value of its real property assets for the benefit of all creditors.

### C. The Proposed Sale.

#### 1. Description of Property.

As set forth above, the Debtor is or was the owner of a commercial property located at 16900 S. Main Street, Carson, California, commonly referred to as the "Carson Condos". The Carson Condos consist of a single industrial/commercial structure, subdivided into 16 individual "condominium" units of varying sizes. As of the Petition Date, certain of the units had been sold to third parties, others leased to third parties pursuant to written lease agreements, and others were and remain unoccupied.

Following recordation of a condominium map, Unit 10 of the Carson Condos was assigned the street or mailing address of 16870 S. Main Street, Carson, California, which unit consists of a single condominium unit of approximately 5,450 square feet (the "Property"). This Motion seeks authorization to sell the Property. As set forth in the Declaration of L. Ramon Bonin attached hereto (the "Bonin Declaration"), the Property (and the entire Carson Condo project) is encumbered by a first priority deed of trust (the "Citizens Deed of Trust") in favor of Citizens Business Bank ("Citizens"). The current installment of real property taxes on the Property was paid in full on or about April 9, 2010. To the best of Debtor's knowledge, there are no other liens asserted against the Property.

#### 2. Identity of the Buyers and Proposed Sale Terms.

The Debtor, through its broker Colliers International ("Broker"), and its agent Larry

Carlson (the "Agent"), has negotiated a sale of the Property to Benjamin O. Morinaka and Akiko Morinaka, or their assignee (the "Buyers") for $681,250.00. A true and correct copy of the Standard Offer, Agreement and Escrow Instructions for the Purchase of the Real Estate (the "Sale Agreement"), which has been executed by the Debtor and Buyers, is attached as Exhibit "1" to the Motion  A true and correct copy of the legal description of the Property is attached as Exhibit "2" to the Motion. An escrow for the sale of the Property was opened with Metropolitan Escrow Company in Gardena, California on September 28, 2010.

The terms and conditions of the sale are set forth in the Sale Agreement. In the event of a conflict between the terms of the Sale Agreement and the terms of sale described in this Motion, the Sale Agreement will be deemed to control.

Close of escrow is expected to occur within 60 days of Court approval of the proposed sale.

Buyers have deposited the sum of $10,000 in escrow pursuant to the Sale Agreement. Upon the Buyers' waiver of their contingencies under the Sale Agreement, this initial $10,000 deposit shall become nonrefundable to the Buyers. The Sale Agreement further provides that in the event the Buyers do not close escrow as required by the Sale Agreement, Buyers shall forfeit their $10,000 deposit as liquidate damages.

The Debtor represents that this is an arms-length transaction and that it has no connection with Buyers other than the proposed transaction described herein. To the best of its knowledge, the Debtor believes that neither of the Buyers is related to anyone connected with the Debtor, the Debtor's principals, the Debtor's counsel or the Debtor's Broker, nor are either of the Buyers insiders of the Debtor. Moreover, as is shown by the Sale Agreement, Buyers are represented by their own broker in the proposed sale transaction, i.e., Gateway Business Properties, and its agents Robert Colacion and Patrick M. Cornejo. The Debtor and the Buyers understand and agree that the Sale Agreement and proposed sale are subject to overbidding, and request that the Court approve the bidding procedures set forth below.

3.    **The Debtor Proposes to Sell the Property Free and Clear of Liens, Claims and Encumbrances.**

Citizens holds the first deed of trust encumbering the Property and all remaining units in the Carson Condos where Dynamic is the owner of record. By this Motion, the Debtor seeks authorization to pay Citizens the net proceeds of the sale of the Property, directly from escrow, so as to reduce the estate's aggregate outstanding debt to Citizens on the Carson Condos, as evidenced by the Citizens Deed of Trust, which is estimated to be in the approximate amount of $7,000,000, including accrued interest.

The Debtor further seeks an order of Court authorizing the distribution of the proceeds of the sale of the Property through the escrow and contingent on, and payable at, the closing of escrow, as follows:

(a) Real Estate Commissions - consistent with the terms of the Debtor's engagement of the Broker and the Agent[3], payment of real estate commissions to the Debtor's Broker and Agent, and the broker for the Buyers, in the total combined amount of 6.0% of the first $600,000.00 of gross sales price, and 5.0% thereafter;

(b) Closing Costs - normal "closing costs," which may include things such as the Debtor's payment of the estate's share (pursuant to the terms of the Sale Agreement and local custom) of escrow charges, recording fees, documentary transfer taxes, utilities,

---

[3] Pursuant to a motion filed with the Court on July 7, 2010 (Docket # 125) (the "Broker Employment Motion"), the Debtor sought authority to employ the Broker and Agent to market and sell all properties constituting the Carson Condos. An order approving the proposed employment was entered by the Court on July 21, 2010.

association dues and charges, and other normal and customary charges, pro-rations, costs and fees; and,

(c) Reimbursement - to the Debtor of the costs incurred in roof and wall leak repairs, electrical transformer repair or replacement, as provided by the Sale Agreement. The Debtor estimates that such repairs will cost no more than $10,000.00 to complete.

**D.    Payment of Real Estate Broker, Colliers International.**

Pre-petition the Debtor engaged the Broker and its Agent to market and sell the Carson Condos, including the Property. Post-petition listing agreements were thereafter negotiated and approval of the employment of the Broker and Agent consistent with such agreements has been approved by the Court.

By the Motion, the Debtor seeks authorization to compensate the Broker and Agent for their services in connection with the sale of the Property, consistent with the terms of the listing agreements and the Court's approval of the Debtor's employment of the Broker and the Agents.

## II.
## PROPOSED OVERBID PROCEDURES

In order to obtain the highest and best price for the benefit of the creditors of the estate, the Debtor proposes that the sale be subject to overbid on the following terms:

A.    Only a qualified bidder may submit an overbid. A "qualified bidder" is an individual or entity that provides a financial statement and such business and banking references as are required in the Debtor's reasonable discretion to assure the Debtor of the bidder's ability to consummate the purchase of the Property, and one who can consummate the purchase of the property on the same terms and conditions, other than price, as those proposed in the Sale Agreement.

B.    Each bid, as well as information and/or documentation establishing a bidders qualification as a "qualified bidder," must be received by the Debtor no later than 4:00 p.m., two (2) business days prior to the hearing on this Motion.

C.    The initial minimum overbid must be at least $20,000 over the amount of the proposed sale price, which results in a minimum initial overbid of $701,250.00. Subsequent overbids shall be in increments as determined by the Court, but the Debtor suggests minimum increments of $10,000.

D.    Each bid must be all cash, non-contingent, and on the same terms and conditions, other than price, as those proposed in the current Sale Agreement between the Debtor and Buyer.

E.    Each bidder must make an earnest money deposit of at least $10,000 which must be tendered to the Debtor by no later than 4:00 p.m. on the second business day prior to the hearing on this Motion. The deposit must be in the form of a cashier's check, certified check or irrevocable letter of credit. Each bidder must further agree to make a second deposit of an additional $50,000 within 14 days following entry of an Order of this Court approving the sale to such bidder. Deposits for bidders whose bids are not accepted are to be promptly returned to the bidders following the hearing on this Motion.

The Debtor believes that the foregoing procedures will provide for an orderly completion of the sale of the Property by permitting all bidders to compete on similar terms, and will allow all interested parties and the Court to compare competing bids in order to realize the greatest possible benefit to the estate.

**IF YOU DO NOT OPPOSE THIS MOTION, you need take no further action.**

**IF YOU WISH TO OPPOSE THE MOTION, pursuant to Local Bankruptcy Rule 9013-1(f), your objections must be in writing and must be filed with the Bankruptcy Court Clerk (with a duplicate copy) at the United States Courthouse, located at 411 West Fourth Street, Suite 2030, Santa Ana, California 92701, and must be served upon the Debtor's**

counsel, Nanette D. Sanders, at Ringstad & Sanders, LLP, located at 2030 Main Street, Suite 1200, Irvine, California, 92614, and on the Office of the United States Trustee, located at 411 West Fourth Street, Suite 9041, Santa Ana, California, 92701, not less than fourteen (14) days prior to the scheduled Court hearing.

**PLEASE TAKE FURTHER NOTICE** that Local Bankruptcy Rule 9013-1(f)(1) further provides that any opposition is to consist of "A complete written statement of all reasons in opposition thereto . . . declarations and copies of all photographs and documentary evidence on which the responding party intends to rely, and any responding memorandum of points and authorities".

**PLEASE TAKE FURTHER NOTICE** that Local Bankruptcy Rule 9013-1(h) provides that your failure to timely file and serve a response as set forth above may be deemed by the Court to be your consent to the granting of the Motion.

WHEREFORE, the Debtor requests that the Court enter an Order:

(1) authorizing the sale of the Property, to Buyer on the terms set forth in the Sale Agreement, or to any qualified overbidder according to the terms and conditions set proposed herein, free and clear of any liens, interests and encumbrances, and specifically, the Citizens Deed of Trust;

(2) authorizing the Debtor to pay directly from escrow the valid claims of Citizens, brokers' commissions and costs of sale, including necessary repairs to the premises as provided by the Sale Agreement;

(3) approving the overbid procedures requested herein;

(4) finding that the sale of the Property was conducted in good faith within the meaning of 11 U.S.C. § 363(m), and that the Debtor and buyer of the Property are entitled to the benefits and protections of this subsection of the Bankruptcy Code;

(5) authorizing the Debtor to sign any and all documents necessary and to undertake any non-material amendments and modifications necessary to complete the sale of the Property to the highest qualified bidder without further notice, hearing or order of this Court; and,

(6) for such other and further relief as the Court deems just and proper.

Dated: September 24, 2010

Respectfully Submitted,
RINGSTAD & SANDERS, LLP

By: _____
Todd C. Ringstad
Nanette D. Sanders
General Insolvency Counsel for
Dynamic Builders, Inc., Debtor
and Debtor-in-Possession

| In re: Dynamic Builders, Inc. | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 8:10-14151 TA |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

2030 Main Street, Suite 1200, Irvine, CA 92614

A true and correct copy of the foregoing document described **NOTICE OF HEARING ON MOTION OF DEBTOR FOR ORDER: (1) APPROVING SALE OF COMMERCIAL PROPERTY FREE AND CLEAR OF LIENS, CLAIMS AND ENCUMBRANCES PURSUANT TO BANKRUPTCY CODE SECTIONS 363(b), 363(f) AND 363(m); (2) APPROVING OVERBID PROCEDURES; (3) AUTHORIZING DEBTOR TO PAY SECURED CLAIM IN FULL FROM NET SALE PROCEEDS; AND (4) AUTHORIZING PAYMENT OF COMMISSION TO REAL ESTATE BROKER, COLLIERS INTERNATIONAL, AND AGENT LARRY CARLTON; MEMORANDUM OF POINTS AND AUTHORITIES [16870 S. Main Street, Carson, CA]** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On __September 29, 2010__ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- Raymond G Alvarado    ralvarado@adorno.com
- James C Bastian    jbastian@shbllp.com
- Theodore A Cohen    tcohen@sheppardmullin.com, amontoya@sheppardmullin.com
- Michael J Gomez    mgomez@frandzel.com, efiling@frandzel.com;sking@frandzel.com
- Michael J Hauser    michael.hauser@usdoj.gov
- Mark D Houle    mark.houle@pillsburylaw.com
- Lance N Jurich    ljurich@loeb.com, kpresson@loeb.com
- David J Mccarty    dmccarty@sheppardmullin.com, pibsen@sheppardmullin.com
- Kenneth N Russak    krussak@frandzel.com, efiling@frandzel.com, ltokubo@frandzel.com
- Robyn B Sokol    ecf@ebg-law.com, rsokol@ebg-law.com
- Derrick Talerico    dtalerico@loeb.com, kpresson@loeb.com;ljurich@loeb.com
- John N Tedford    jtedford@dgdk.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL** ~~OR OVERNIGHT MAIL~~ (indicate method for each person or entity served):
On __September 29, 2010__ the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

■ Service information continued on attached page

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9013-3.1

| In re: Dynamic Builders, Inc. | | CHAPTER 11 |
|---|---|---|
| | Debtor(s). | CASE NUMBER 8:10-14151 TA |

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on September 29, 2010 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

**Via Personal Delivery**: Honorable Theodor C. Albert, U.S. Bankruptcy Court, Ronald Reagan Federal Building, 411 W. Fourth St., Bin Outside Room 5097, Santa Ana, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| September 29, 2010 | Arlene Tavares | /s/ Arlene Tavares |
|---|---|---|
| Date | Type Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9013-3.1

L. Ramon & Patty A. Bonin
2114 S. Hill Street
Los Angeles, CA 90007

Chemco Products Company
6401 E. Alondra Boulevard
Paramount, CA 90723

Comerica Bank
Barry Cohen
2321 Rosecrans Ave., #5000
El Segundo, CA 90245

AT&T
P.O. Box 5001
Carol Stream, IL 60197-5001

Citizens Business Bank
Greg Bloyd
701 N. Haven Avenue
Ontario, CA 91764

Comerica Commercial Card
P.O. Box 551669
Detroit, MI 48255-1669

AT&T
Payment Center
Sacramento, CA 95687-001

City National Bank
Kevin McKenna
555 S. Flower
Los Angeles, CA 90071

Coverall North America, Inc.
P.O. Box 802825
Chicago, IL 60680-2825

ATI Architects Engineering
3050 Pullman Street
Suite D
Costa Mesa, CA 92626

City National Bank
Kevin McKenna
555 S. Flower Street, 24th Fl.
Los Angeles, CA 90071

David Sestak
1910 B. Speyer Lane
Redondo Beach, CA 90278

Bank of America
Phil Ratnoff
333 S. Hope Street, 11th Floor
Los Angeles, CA 90071

City National Bank
Kevin McKenna
555 S. Flower, 24th Floor
Los Angeles, CA 90071

Donald R. White, Tax Collector
1221 Oak Street
Oakland, CA 94612-4285

Bank of America
Phil Katnoff
333 S. Hope Street, 11th Floor
Los Angeles, CA 90071

City National Bank
Kevin McKenna
555 S. Flower St., 24th Floor
Los Angeles, CA 90071

Dorin Realty
Steve Goldman
900 S. Santa Fe Avenue
Los Angeles, CA 90021

Bank of America Visa
P.O. Box 15731
Wilmington, DE 19886-5731

City National Bank
Kevein McKenna
555 S. Flower, 24th Floor
Los Angeles, CA 90071

Dynamic Builders, Inc.
2114 S. Hill St.
Los Angeles, CA 90007

Bird Marella
Attn: Joel E. Boxer
1875 Century Park East, 23 Fl.
Los Angeles, CA 90067-2561

City National Bank
Kevin McKenna
555 S. Floower, 24th Floor
Los Angeles, CA 90071

Dynamic Group, LLC
Jason Lui
4601 S. Boyle
Vernon, CA 90058

Patricia Bonin
2114 South Hill Street
Los Angeles, CA 90007

CM Mode
16820 S. Main St.
Gardenia, CA 90248

Employment Development Dept.
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacarmento, CA 94280-0001

Ramon Bonin
2114 S. Hill Street
Los Angeles, CA 90007

CMIS Inc.
P.O. Box 7817
Northridge, CA 91327-7817

ETC Wholesale/CM Mode
625 S. Berendo St., Unit 308
Los Angeles, CA 90020

Fineline Interiors
11750 Sterling Avenue
Suite E
Riverside, CA  92503-4974

Franchise Tax Board
Attn: Bankruptcy
P.O. Box 2952
Sacramento, CA  95812-2952

Generator Services Company
10255 Philadelphia Court
Rancho Cucamonga, CA  91730

Golden State Overnight
P.O. Box 2508
ALameda, CA  94501

Gold's Gym
4917 W. 147th Street
Hawthorne, CA  90250

Grand Fence
1798 Industrial Way
Los Angeles, CA  90023

Home Depot USA, Inc.
3800 West Champman Ave
Orange, CA  92868

Mark D. Houle
Pillsbury Winthrop Shaw etc.
650 Town Center Dr. 7Fl
Costa Mesa, CA  92626-7122

Hudson I.C.S.
c/o Hanson Bridgett LLP
425 Market Street, 26th Floor
San Francisco, CA  94105

Internal Revenue Service
Attn: Insolvency Department
P.O. Box 21126
Philadelphia, PA  19114

Kenneth Jackson
25391 Mustang Drive
Laguna Hills, CA  92653

Carol Jones
340 Glen Summer Road
Pasadena, CA  91105

James A. Judge
The Judge Law Firm
19900 MacArthur Boulevard
Suite 500
Irvine, CA  92612

Lance Jurich
Loeb & Loeb LLP
10100 Santa Monica Blvd. #2200
Los Angeles, CA  90067-4120

Kickstart Motorsports
630 E. Main Street
Suite 38
ALHAMBRA, CA  91801

Kickstart Motorsports Inc.
16890 S. Main Street
Unit 13
Gardena, CA  90248

Andrew Kramer
11751 Zelzah Avenue
Granada Hills, CA  91344

Kyocera Document Solutions
14101 Alton Parkway
Irvine, CA  92618

LA County Tax Collector
225 N. Hill Street
First Floor
Los Angeles, CA  90012

LA County Tax Collector
225 N. Hill Street
First Floor
Los Angeles, CA  90012

LA County Tax Collector
225 N. Hill Street
First Floor
Los Angeles, CA  f90012

LA DWP
P.O. Box 30808
Los Angeles, CA  90030-0808

LApin & Davis LLP
9201 W. Olympic Boulevard
Suite 200
Beverly Hills, CA  90212

Lounge Appeal
16860 S. Main Street
Suite 9
Gardenia, CA  90248

Lounge Appeal, Inc.
1300 E. 223rd St., Suite 406
Carson, CA  90745

Marine Harvest
8550 NW 17th Street, Unit 105
Miami, FL  33126

Marine Harvest
8550 NW 17th St, Unit 105
Miami, FL  33126

David McCarthy/Theodore Cohen
Sheppard MullinRichter&Hampton
333 South Hope St., 48th Floor
Los Angeles, CA  90071-1448

Morningstar Collections
1320 S. Boyle Avenue
No. A
Los Angeles, CA  90023

Morningstar Collections
1320 S. Boyle Avenue
Suite A
Los Angeles, CA  90023

Office Depot
P.O. Box 630813
Cincinnati, OH   45263-0813

Pacific Gas & Electric Co.
Payment Research
P.O. Box 997310
Sacramento, CA   95899-7310

Pat Frierson Ent. Inc.
904 Silver Spur Road, #408
Rolling Hills , CA   90274

Pat Frierson Ent. Inc.
904 Silver Spur Road, #408
Rolling Hills, CA   90274

Pat Frierson Enterprises, Inc.
904 Silver Spur Rd, Suite 408
Rolling Hills, CA   90274

Preferred Freezer Services
360 Avenue P
Newark, NJ   07105

Preferred Meal Systems, Inc.
5420 St. Charles Road
Berkeley , IL   60163

Preferred Meal Systems, Inc.
5240 Saint Charles Road
Berkeley , IL   60163

RBC Company Inc.
12101 Woodruff Avenu
Suite C
Downey, CA   90241

Kenneth Russak/Michael Gomez
Frandzel Robins Bloom & Csato
6500 Wilshire Blvd., 17th Fl.
Los Angeles , CA   90048-4920

Ryka Apparel Inc.
101 Enterprise
Suite 200
Aliso Viejo, CA   92656

Ryka Apparel, Inc.
16 Mesa Ridge Drive
Ramona, CA   91766

Securities Exchange Commission
5670 Wilshire Boulevard
11th Floor
Los Angeles , CA   90036

Sierra Fireproofing
5053 Heintz Street
Baldwin Park, CA   91706

Southern California Edison
Oak Payment Processing
P.O. Box 800
Rosemead, CA   91771

Stanley Convergent Security
Dept. Ch 10651
Palatine, IL   60055

Tech Depot
P.O. Box 33074
Hartford, CT   06150-3074

The Pension Group Inc.
23046 Avenida Del La Carlota
Suite 500
Laguna Hills , CA   92653

ThyssenKrupp Elevator Corp.
P.O. Box 933013
Atlanta, GA   31193-3013

TLC Properties, Inc.
5551 Corporate Blvd, Suite 2-A
Baton Rouge, LA   70808

Trak Environmental
3637 B Arundell Circle
Ventura , CA   93003

United States Trustee
725 South Figueroa Street
26th Floor
Los Angeles , CA   90017

Verizon Wireless
P.O. Box 660108
Dallas, TX   75266-0108

Western Exterminator
3333 W. Temple Street
Los Angeles , CA   90026