Todd C. Ringstad (State Bar No. 97345)
todd@ringstadlaw.com
Nanette D. Sanders (State Bar No. 120169)
nanette@ringstadlaw.com
RINGSTAD & SANDERS LLP
2030 Main Street, 12th Floor
Irvine, CA  92614
Telephone: 949.851.7450
Facsimile:  949.851.6926

General Insolvency Counsel for
Chapter 11 Debtor and Debtor-in-Possession,
Dynamic Builders, Inc.



FILED & ENTERED

JUL 06 2011

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY steinber  DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>DYNAMIC BUILDERS, INC., a California corporation;<br><br>         Debtor and<br>         Debtor-in-Possession. | Case No. 8:10-14151 TA<br><br>Chapter 11 Proceeding<br><br>**ORDER APPROVING STIPULATION BETWEEN DEBTOR, CITIZENS BUSINESS BANK, COMERICA BANK, CITY NATIONAL BANK AND BANK OF AMERICA  FOR AN ORDER AUTHORIZING DEBTOR TO SELL REAL PROPERTY LOCATED AT 2900 LUGO STREET, LOS ANGELES, CALIFORNIA**<br><br>**[Order Approving the Stipulation Filed Concurrently Herewith]**<br><br>[No Hearing Set] |

The Court having read and considered Stipulation (docket number 413) between the Debtor, Citizens Business Bank, Comerica Bank, City National Bank and Bank of America for an Order Authorizing Debtor to Sell Real Property Located at 2900 Lugo Street, Los Angeles, California (the "Stipulation"), and good cause having been shown, it is hereby

**ORDERED** as follows:

1.    The Stipulation is approved.

      2.      Dynamic is authorized to enter into and consummate the proposed transaction with Camfield for the acquisition of the Property, including but not limited to the unconditional release of the $100,000 non-refundable deposit to Citizens as set forth in Paragraph 4 of the Recitals of the Stipulation.

      3.      Upon receipt, Citizens is authorized to apply the $100,000 deposit against the outstanding Lugo loan balance. In the event that (i) Citizens does not receive the $100,000 deposit by June 17, 2011, or (ii) this Stipulation is not fully executed and filed with the Court by June 17, 2011, Citizens shall be entitled to immediately commence its Foreclosure Sale of the Property on June 17, 2011, in accordance with the Citizens Stip/Order.

      4.      Upon the receipt by Citizens of the $100,000 deposit by Citizens by June 17, 2011, Citizens agrees to continue the Foreclosure Sale to July 15, 2011, in order to allow Dynamic and Camfield to attempt to consummate the proposed sale transaction. In the event that the Stipulation is not approved by the Court by July 15, 2011, or if the proposed sale transaction with Camfield is not consummated, including full satisfaction of Citizens' lien encumbering the Property from the sale proceeds, by July 15, 2011, Citizens shall be entitled to immediately commence its Foreclose Sale of the Property on July 16, 2011, in accordance with the terms of the Citizens Stip/Order. Other than the conditional agreement of Citizens to continue the Foreclosure Sale as set forth herein, nothing herein shall affect or modify the terms of the Citizens Stip/Order or Citizens' rights to foreclose in accordance therewith.

      5.      The parties understand and acknowledge that an order may not be entered approving this Stipulation prior to June 17, 2011 when the non-refundable deposit(s), as described in Paragraph 4 of the Recitals of the Stipulation, must be released to Citizens. As such, the parties have consented to Dynamic's consent to the release of such deposit(s), as needed, with or without an entered order of the Court approving the stipulation.

      6.      Nothing in the Stipulation and this Order obligates Bank of America to perform any act or to refrain from performing any act. Without limiting the generality of the foregoing,

      ///

nothing in the Stipulation and Order obligates BofA to transfer, sell, lease, release, reconvey, encumber, hypothecate or otherwise transfer an interest in any of its collateral, at any time, including without limitation after BofA might realize on such collateral by foreclosure sale, 363 Sale or other disposition of some or all of its collateral.

###

DATED: July 6, 2011

*[signature: Theodor C. Albert]*
United States Bankruptcy Judge

| | |
|---|---|
| In re: Dynamic Builders, Inc., | CHAPTER 11 |
| Debtor(s). | CASE NUMBER 8:10-14151 TA |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I.
Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 2030 Main Street, Suite 1200, Irvine, CA 92614

The foregoing document described **ORDER APPROVING STIPULATION BETWEEN DEBTOR, CITIZENS BUSINESS BANK, COMERICA BANK, CITY NATIONAL BANK AND BANK OF AMERICA  FOR AN ORDER AUTHORIZING DEBTOR TO SELL REAL PROPERTY LOCATED AT 2900 LUGO STREET, LOS ANGELES, CALIFORNIA** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On _____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on June 17, 2011 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

**Via Personal Delivery**: Honorable Theodor C. Albert, U.S. Bankruptcy Court, Ronald Reagan Federal Building, 411 W. Fourth St., Bin Outside Room 5097, Santa Ana, CA 92701-4593

**Via Email**:

- Raymond G Alvarado    ralvarado@adorno.com
- James C Bastian    jbastian@shbllp.com
- Theodore A Cohen    tcohen@sheppardmullin.com, amontoya@sheppardmullin.com
- Michael J Gomez    mgomez@frandzel.com, efiling@frandzel.com;sking@frandzel.com
- Michael J Hauser    michael.hauser@usdoj.gov
- Mark D Houle    mark.houle@pillsburylaw.com
- Lance N Jurich    ljurich@loeb.com, kpresson@loeb.com
- Paul B Kiernan    dmckenzie@cozen.c
- David J McCarty    dmccarty@sheppardmullin.com, pibsen@sheppardmullin.com
- Kenneth N Russak    krussak@frandzel.com, efiling@frandzel.com, ltokubo@frandzel.com
- Robyn B Sokol    ecf@ebg-law.com, rsokol@ebg-law.com
- Derrick Talerico    dtalerico@loeb.com, kpresson@loeb.com;ljurich@loeb.com
- John N Tedford    jtedford@dgdk.com, DanningGill@Gmail.com
- William Freeman    bill.freeman@pillsburylaw.com

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| June 17, 2011 | Becky Metzner | /s/ |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

| In re: Dynamic Builders, Inc. | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 8:10-14151 TA |

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER APPROVING STIPULATION BETWEEN DEBTOR, CITIZENS BUSINESS BANK, COMERICA BANK, CITY NATIONAL BANK AND BANK OF AMERICA FOR AN ORDER AUTHORIZING DEBTOR TO SELL REAL PROPERTY LOCATED AT 2900 LUGO STREET, LOS ANGELES, CALIFORNIA** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of June 17, 2011, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- Raymond G Alvarado    ralvarado@alvaradosmith.com
- James C Bastian    jbastian@shbllp.com
- Theodore A Cohen    tcohen@sheppardmullin.com, amontoya@sheppardmullin.com
- Michael J Gomez    mgomez@frandzel.com, efiling@frandzel.com;sking@frandzel.com
- Michael J Hauser    michael.hauser@usdoj.gov
- Mark D Houle    mark.houle@pillsburylaw.com
- Lance N Jurich    ljurich@loeb.com, kpresson@loeb.com
- Paul B Kiernan    dmckenzie@cozen.c
- David J Mccarty    dmccarty@sheppardmullin.com, pibsen@sheppardmullin.com
- Christopher Minier    becky@ringstadlaw.com
- Todd C. Ringstad    becky@ringstadlaw.com
- Kenneth N Russak    krussak@frandzel.com, efiling@frandzel.com;ltokubo@frandzel.com
- Nanette D Sanders    becky@ringstadlaw.com
- Robyn B Sokol    ecf@ebg-law.com, rsokol@ebg-law.com
- Derrick Talerico    dtalerico@loeb.com, kpresson@loeb.com;ljurich@loeb.com
- John N Tedford    jtedford@dgdk.com, DanningGill@Gmail.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

Dynamic Builders, Inc.
2114 S. Hill Street
Los Angeles, CA 90007

☐ Service information continued on attached page

**III.  TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☐ Service information continued on attached page