1  Todd C. Ringstad (State Bar No. 97345)
   Nanette D. Sanders (State Bar No. 120169)
2  RINGSTAD & SANDERS LLP
   2030 Main Street, 12th Floor
3  Irvine, CA 92614
   Telephone: 949-851-7450
4  Facsimile: 949-851-7660

5  General Insolvency Counsel for Debtor and Debtor-
   in-Possession, Dynamic Builders, Inc.

6

7

8                  **UNITED STATES BANKRUPTCY COURT**

9      **CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION**

10

11 In re                              CASE NO. 08:10-14151 TA

12 DYNAMIC BUILDERS, INC., a          Chapter 11 Proceeding
   California corporation,
13                                    **NOTICE OF SUBMISSION OF:**

14            Debtor and Debtor-in-   **(1) DEBTOR'S SECOND AMENDED
              Possession.                 CHAPTER 11 PLAN OF
15                                        REORGANIZATION (REDLINE
                                          FORMAT); AND,**
16
                                      **(2) PROPOSED PLAN
17                                        IMPLEMENTATION DOCUMENTS**

18
                                      **Plan Confirmation Hearing:**
19
                                      Date:  August 31, 2011
20                                    Time:  10:00 a.m.
                                      Place: 5B – 5th Floor
21                                           411 W. Fourth Street
                                             Santa Ana, CA 92701
22

23

24 **TO THE THEODOR ALBERT, UNITED STATES BANKRUPTCY JUDGE**:

25        Consistent with the Court's order of July 22, 2011 (the "Order"; Docket # 431), relating to

26 that certain Stipulation Between the Debtor, Comerica Bank, City National Bank, Citizens

27 Business Bank and Bank of American for an Order: (1) Continuing the Hearing on Plan

28 Confirmation and Further Extending Certain Plan Related Deadlines; and (2) Authorizing

*(left margin, vertical):* Ringstad & Sanders L.L.P. 2030 Main Street, 12th Floor Irvine, California 92614 949.851.7450

1  Debtor's Borrowing from Bonin Estate (Docket # 429), Dynamic Builders, Inc.,  a California

2  corporation, the debtor and debtor-in-possession herein (the "Debtor" or "Dynamic") respectfully

3  submits the following documents in furtherance of confirmation of Dynamic's proposed

4  reorganization plan:

5      Plan Interlineations:

6      Exhibit "A" – Debtor's Second Amended Chapter 11 Plan of Reorganization (the "Plan"),

7  in redline format, to demonstrate all proposed revisions to the Debtor's First Amended Chapter 11

8  Plan of Reorganization, as filed with the Court on April 14, 2011, Docket # 384.  Unless

9  otherwise noted, capitalized terms herein have the meaning as set forth in Exhibit A.

10      Plan Implementation Documents:

11      Exhibit "B" -  UCC Financing Statement;

12      Exhibit "C" -  Collateral Agent and Intercreditor Agreement;

13      Exhibit "D" -  Credit Agreement;

14      Exhibit "E" -  Second Amended Restated Participation Agreement;

15      Exhibit "F" -  Promissory Note;

16      Exhibit "G" -  Security Agreement (Personal Property);

17      Exhibit "H" -  (form) Deed of Trust, Security Agreement and Fixture Filing (with

18          Assignment of Rents and Leases);

19      Exhibit "I" -  (form) Subordination, Attornment and Non-Disturbance Agreement;

20      Exhibit "J" -  Unsecured Environmental Indemnity;

21      Exhibit "K" -  Second Amended and Restated Participation Agreement;

22      Exhibit "L" -  Subordination Agreement (CBB);

23      Exhibit "M" -  Subordination Agreement (CNB);

24      Exhibit "N" -  Deposit Account Control Agreement (CB&T);

25      Exhibit "O" -  Certificate of Officer of Dynamic Builders, Inc.; and,

26      Exhibit "P" -  Dynamic Builders, Inc. – Joint Written Consent of the Shareholders and

27          Board of Directors.

28

Ringstad & Sanders
L.L.P.
2030 Main Street, 12th Floor
Irvine, California 92614
949.851.7450

- 2 -

1    As part of the on-going, active communications between Dynamic, the Bonins and the

2  Lenders regarding the Dynamic Plan and the Bonin Plan, Dynamic has prepared Exhibit "A"

3  which sets forth the proposed interlineations to the Dynamic Plan which the parties have agreed

4  to at this time, subject to further revisions.  Dynamic, the Bonins and the Lenders are continuing

5  to communicate regarding further supplements to the Plan to address such matters as Plan

6  implementation, including procedures to take effect in the event of the incapacity or death of

7  Dynamic's principals.  Any further supplements to the Plan will be filed with the Court prior to or

8  submitted at the Confirmation Hearing, and may be incorporated into the Plan and/or the

9  Confirmation Order.

10    In further compliance with the Order, Dynamic shall file its Plan confirmation brief, ballot

11  tally and reply to any objection to confirmation of the Plan on or before August 24, 2011.

12  Dated: August 17, 2011                    Respectfully submitted,

13                                            RINGSTAD & SANDERS LLP

14

15  By:  _____/s/_____

16       Nanette D. Sanders
         General Insolvency Counsel for Debtor and
17       Debtor-in-Possession, Dynamic Builders, Inc.

Ringstad & Sanders
L.L.P.
2030 Main Street, 12th Floor
Irvine, California 92614
949.851.7450