Todd C. Ringstad (State Bar No. 97345)
todd@ringstadlaw.com
Nanette D. Sanders (State Bar No. 120169)
nanette@ringstadlaw.com
RINGSTAD & SANDERS LLP
2030 Main Street, 12th Floor
Irvine, CA 92614
Telephone: 949.851.7450
Facsimile: 949.851.6926

General Insolvency Counsel for
Chapter 11 Debtor and Debtor-in-Possession,
Dynamic Builders, Inc.

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>DYNAMIC BUILDERS, INC., a California corporation;<br><br>Debtor and<br>Debtor-in-Possession. | CASE No.8:10-14151 TA<br><br>Chapter 11 Proceeding<br><br>**STIPULATION BETWEEN THE DEBTOR, COMERICA BANK, CITY NATIONAL BANK, CITIZENS BUSINESS BANK AND BANK OF AMERICA FOR AN ORDER:**<br><br>**(1)    CONTINUING THE HEARING ON PLAN CONFIRMATION AND FURTHER EXTENDING CERTAIN PLAN RELATED DEADLINES;**<br><br>**(2)    CONTINUING THE HEARING ON DEBTOR'S MOTION FOR ORDER (i) AUTHORIZING SALE OR TRANSFER OF PROPERTY TO BANK OF AMERICA, N.A., OR ITS AFFILIATE, VIA CREDIT BID, PURSUANT TO THE TERMS OF THE PREVIOUSLY APPROVED "PLAN TERM SHEET" AND RELATED ORDERS; AND (ii) AUTHORIZING THE DEBTOR TO ASSUME TENANT LEASES AND ASSIGN SAME TO BANK OF AMERICA, N.A., OR ITS ASSIGNEE; AND,**<br><br>**(3)    CONTINUING THE HEARING ON FINAL FEE APPLICATIONS OF THE DEBTOR'S PROFESSIONALS.**<br><br>[ORDER APPROVING THE STIPULATION FILED CONCURRENTLY HEREWITH] |

845585.2

Current Confirmation Hearing Date
Date:  August 31, 2011
Time:  10:00 A.M.
Place: Courtroom 5B, Fifth Floor
       411 West Fourth Street
       Santa Ana, CA 92701

Proposed New Confirmation Hearing Date
Date:  September 14, 2011
Time:  10:00 A.M.
Place: Courtroom 5B, Fifth Floor
       Ronald Reagan Federal Building
       and United States Courthouse
       411 West Fourth Street
       Santa Ana, CA 92701

Dynamic Builders, Inc. ("Dynamic" and/or the "Debtor"), and Comerica Bank ("Comerica"), City National Bank ("CNB"), Citizens Business Bank ("Citizens") and Bank of America ("BofA"), by and through their respective counsel, enter into this stipulation ("Stipulation"), based on the following:

1.  Dynamic filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code on March 31, 2010 ("Petition Date").

2.  L. Ramon and Patty A. Bonin (the "Bonins"), principals and sole-shareholders of Dynamic, filed their own Chapter 11 petition on March 31, 2010, designated Case No. 8:10-14067 TA.

3.  Dynamic and the Bonins have been actively communicating with their principal creditors Comerica, CNB, Citizens and BofA (collectively referred to as the "Lenders") and have reached an agreement on the terms for consensual plans of reorganization.[1]

4.  The Order Approving Debtor's Disclosure Statement and Scheduling Hearing on Confirmation of First Amended Chapter 11 Reorganization Plan was entered on April 13, 2011 (docket number 382).

---

[1] On December 30, 2010, the Court entered that certain Order Authorizing Debtor to: (1) Enter into Compromise; (2) Granting Relief from Stay as to Specified Collateral; (3) Borrow Pursuant to §§ 364(a) and (b); and (4) Waiving the Provisions of Rules 4001 and 6004 of the Federal Rules of Bankruptcy Procedure (docket number 259) ("Compromise Order"). Annexed to the Compromise Order as Exhibit "1" is a Plan Support and Forbearance Agreement entered into by Dynamic, the Bonins and the Lenders. The Plan Support and Forbearance Agreement contains an Exhibit "1-A" which consists of a document entitled the Plan Term Sheet, also agreed to by Dynamic, the Bonins and the Lenders.

845585.2

- 2 -

5.  In compliance with the Plan Term Sheet and subsequent Court orders entered in the case including the Disclosure Statement Order, on April 14, 2011, Dynamic filed its First Amended Chapter 11 Reorganization (the "Plan"). The Bonins also filed their first amended plan consistent with orders of the Court entered in that proceeding. The Dynamic Plan and the Bonin Plan are collectively referred to as the "Plans".

6.  As part of the active communications between Dynamic, the Bonins and the Lenders regarding the pending Plans, and pursuant to certain Court orders, the following dates and deadlines have been set:

| Court Order | Deadlines Set |
| --- | --- |
| Order Approving Third Stipulation Between the Debtor, Comerica Bank, City National Bank, Citizens Business Bank and Bank of America for an Order Further Extending Certain Plan Related Deadlines (entered on March 16, 2011, docket number 363) | The Solicitation Exclusivity Period within which Dynamic may solicit acceptances to a plan pursuant to Bankruptcy Code §1121(c)(3), was extended from May 15, 2011 to May 24, 2011<br><br>Dynamic's Plan must be confirmed no later than May 25, 2011, and the Effective Date of the Plan must occur no later than June 9, 2011 |
| Order Approving Debtor's Disclosure Statement and Scheduling Hearing on Confirmation of First Amended Chapter 11 Reorganization Plan (entered on April 13, 2011, docket number 282) | On or before May 16, 2011, Dynamic shall file and serve any pleadings and evidence in support of confirmation of the Plan, including a plan confirmation brief, a summary of the votes and reply to any objection to confirmation of the Plan.<br><br>The hearing on confirmation of the Plan was scheduled to be held on May 25, 2011 at 10:00 A.M. |
| Order Approving Stipulation Between the Debtor, Comerica Bank, City National Bank, Citizens Business Bank and Bank of America for an Order Further Extending Certain Plan Confirmation Deadlines (entered on May 16, 2011, docket number 405) | The deadline for the Lenders to submit ballots voting to accept or reject the Debtor's Plan was extended to May 16, 2011 at 12:00 P.M.<br><br>The deadline for the Lenders to file objections to the Debtor's Plan was extended to May 16, 2011 at 12:00 P.M.<br><br>The deadline to submit any supplements to the Debtor's Plan ("Plan Supplement Deadline") was extended to May 16, 2011 at 12:00 P.M. |

| Court Order | Deadlines Set |
|---|---|
| Order Approving Stipulation Between the Debtor, Comerica Bank, City National Bank, Citizens Business Bank and Bank of American for an Order (1) Further Extending Certain Plan Confirmation Deadlines; and, (2) Authorizing Debtor's Engagement of Consultant and Borrowing From Bonin Estate, if Needed, to Compensate Such Consultant (entered June 17, 2011, docket number 414) (the "June 17, 2011 Order"). | The hearing on confirmation of the Plan scheduled for May 25, 2011 at 10:00 A.M. was continued to July 27, 2011 at 10:00 A.M.<br><br>The Solicitation Exclusivity Period within which Dynamic may solicit acceptances to a plan pursuant to Bankruptcy Code §1121(c)(3), was extended to July 27, 2011.<br><br>The deadline for the Lenders to submit ballots voting to accept or reject the Plan was extended to July 18, 2011 at 5:00 P.M.<br><br>The deadline for the Lenders to file objections to the Plan was extended to July 18, 2011 at 5:00 P.M.<br><br>The BofA Stip Approval Order was amended such that the Termination Deadline was continued to 5 PM on July 12, 2011. Any Termination Notice previously delivered by BofA was deemed revoked and of no force or effect.<br><br>The May 15, 2011 "Sale Deadline" established in Section 6 of the BofA Stip Approval Order was extended to the fourteenth (14th) calendar day following entry of an order confirming the Debtor's proposed Plan.<br><br>The May 15, 2011 deadline for the filing of "Environmental Claim Allowance Application" ("Non-Subordinated Environmental Claim Deadline") established in Section 16 of the BofA Stip Approval Order was extended to July 12, 2011.<br><br>The deadline to submit any supplements to the Plan ("Plan Supplement Deadline") was extended to July 13, 2011 at 12:00 P.M.<br><br>The deadline for Dynamic to file and serve any pleadings and evidence in support of confirmation of the Plan, including a plan confirmation brief, a summary of votes and reply to any objection to confirmation of the Plan was extended to July 20, 2011.<br><br>The Plan must be confirmed no later than July 27, 2011, and the Effective Date of the Plan must occur no later than August 11, 2011. |

845585.2

| Court Order | Deadlines Set |
|---|---|
| Order Approving Stipulation Between the Debtor, Comerica Bank, City National Bank, Citizens Business Bank and Bank of America for an Order Further Extending Certain Plan Confirmation Deadlines (entered on July 22, 2011, docket number 431) | The hearing on confirmation of the Plan scheduled for July 27, 2011 at 10:00 A.M. was continued to August 31, 2011 at 10:00 A.M.<br><br>The Solicitation Exclusivity Period within which Dynamic may solicit acceptances to a plan pursuant to Bankruptcy Code §1121(c)(3) was extended to August 31, 2011.<br><br>The deadline for the Lenders to submit ballots voting to accept or reject the Plan was extended to August 22, 2011 at 5:00 P.M.[2]<br><br>The deadline for the Lenders to file objections to the Plan was extended to August 22, 2011 at 5:00 P.M.<br><br>The BofA Stip Approval Order was amended such that the Termination Deadline was extended to August 16, 2011 and every Termination Notice previously delivered by BofA was deemed revoked and of no force or effect.<br><br>The July 12, 2011 deadline for the filing of the "Environmental Claim Allowance Application" ("Non-Subordinated Environmental Claim Deadline") established in Section 16 of the BofA Stip Approval Order was extended to August 16, 2011.<br><br>The deadline to submit any supplements to the Plan ("Plan Supplement Deadline") was extended to August 17, 2011.<br><br>The deadline for Dynamic to file and serve any pleadings and evidence in support of the Plan was extended to August 24, 2011.<br><br>The Plan must be confirmed no later than August 31, 2011, and the Effective Date of the Plan must occur no later than September 15, 2011. |

7.  Consistent with Dynamic's obligations under the Plan Term Sheet and the BofA Stip/Order, Dynamic filed a Motion for Order (i) Authorizing Sale or Transfer of Property to Bank of America, N.A., or its Affiliate, via Credit Bid, Pursuant to the Terms of the Previously Approved "Plan Term Sheet" and Related Orders; and (ii) Authorizing the Debtor to Assume Tenant Leases and Assign Same to Bank of America, N.A., or its Assignee (the "WFC Sale

---

[2] The parties subsequently agreed informally to extend the Lenders' balloting and objection deadline as efforts were undertaken to resolve remaining plan documentation issues.

845585.2

1 Motion"), which motion is presently set for hearing on August 31, 2011 at 10:00 a.m.

2     8. In anticipation of Plan confirmation, Dynamic's professionals filed first and final fee applications, with such applications scheduled for hearing on September 14, 2011 at 10:30 a.m.

    9. As part of the active communications between Dynamic, the Bonins and the Lenders regarding plan confirmation issues, the parties have agreed that the hearing on Plan confirmation and related dates and deadlines shall be extended for approximately two weeks to permit completion of final documentation.

## AGREEMENT

**NOW, THEREFORE**, subject to approval by the Court, the parties hereto hereby stipulate and agree as follows:

    1. The hearing on confirmation of the Plan scheduled for August 31, 2011 at 10:00 A.M. shall be rescheduled to September 14, 2011 at 10:00 A.M.

    2. The Solicitation Exclusivity Period within which Dynamic may solicit acceptances to a plan pursuant to Bankruptcy Code §1121(c)(3), shall be extended from August 31, 2011 to September 14, 2011.

    3. The deadline for the Lenders to submit ballots voting to accept or reject the Plan shall be extended from August 22, 2011 at 5:00 P.M. to September 12, 2011 at 5:00 P.M.

    4. The deadline for the Lenders to file objections to the Plan shall be extended from August 22, 2011 at 5:00 P.M. to September 12, 2011 at 5:00 P.M.

    5. The deadline to submit any supplements to the Plan ("Plan Supplement Deadline") shall be extended from August 17, 2011 to September 14, 2011.

    6. On or before September 12, 2011, Dynamic shall file and serve any additional pleadings and evidence in support of confirmation of the Plan.

    7. The Plan must be confirmed no later than September 14, 2011, and the Effective Date of the Plan must occur no later than September 30, 2011.

    8. Dynamic is authorized and directed to tender monthly payments to Citizens on account of the San Leandro Property and Carson Property on October 1, 2011, and on the first

845585.2

business day of subsequent months, upon written approval from all signatories hereto, consistent with the terms of the Plan Term Sheet, until such time as the proposed Plan is confirmed and payments to Citizens commence thereunder. The amounts of such payments shall include the monthly principal and interest amounts Debtor was authorized to pay to Citizens pursuant to that certain stipulation between the parties regarding, inter alia, payment of Plan Term Sheet payments to Citizens, filed on March 22, 2011 [Docket No. 367] ("Plan Payment Stipulation"), and order thereon entered on March 29, 2011[3], and shall also each include an additional $25,000.00 per month as provided in the Plan Term Sheet in the event the San Leandro Property is not sold by such payment date. The amounts to be paid to Citizens as referenced in the Plan Payment Stipulation are approximate and do not take into account outstanding interest, costs or fees, and, as such, the payments made to Citizens prior to the Effective Date of the Dynamic plan of reorganization ("Effective Date") shall be reconciled and trued up, with any shortfall paid to Citizens as part of the first plan payment on account of the San Leandro Property and the Carson Property, as applicable, made to Citizens under the Dynamic plan of reorganization after the Effective Date.

9.  Dynamic is further authorized and directed to borrow from the Bonin estate, if needed, up to $125,000.00 for the purpose of tendering monthly payments to Citizens, consistent with Paragraph 8 above of this Stipulation. Any such borrowings shall be on an unsecured, administrative basis.

10. The hearing on the Debtor's Motion for Order (i) Authorizing Sale or Transfer of Property to Bank of America, N.A., or its Affiliate, via Credit Bid, Pursuant to the Terms of the Previously Approved "Plan Term Sheet" and Related Orders; and (ii) Authorizing the Debtor to Assume Tenant Leases and Assign Same to Bank of America, N.A., or its Assignee (the "WFC Sale Motion"), shall be continued from August 31, 2011 at 10:00 a.m. to September 14, 2011 at 10:00 a.m.

---

[3] The provisions of the Plan Payment Stipulation were modified such that Dynamic was authorized to tender the specified monthly payments to Citizens on July 1, 2011 and August 1, 2011, by way of the June 17, 2011 Order (Docket No. 414).

845585.2

11. The hearings on the first and final fee applications of the professionals engaged by Dynamic, scheduled for September 14, 2011 at 10:00 A.M. shall be rescheduled to September 28, 2011 at 10:00 A.M.

12. Signature pages to this Stipulation may be delivered by electronic transmission (fax or email) of a scanned image of such signature pages and signature pages so delivered shall be deemed to be original signature pages of the parties delivering their signatures in such manner.

**IT IS SO AGREED.**

Dated: August ___, 2011    **SHEPPARD MULLIN RICHTER & HAMPTON, LLP**

_____
David McCarty
Theodor A. Cohen
Attorneys for Comerica Bank

Dated: August ___, 2011    **LOEB & LOEB LLP**

_____
Lance N. Jurich
Derrick Talerico
Attorneys for City National Bank

Dated: August ___, 2011    **FRANDZEL ROBINS BLOOM & CSATO, L.C.**

_____
Kenneth N. Russak
Michael Gomez
Attorneys for Bank of America

Dated: August ___, 2011    **PILLSBURY WINTHROP SHAW PITTMAN**

_____
William B. Freeman
Mark D. Houle
Attorneys for Citizens Business Bank

Dated: August ___, 2011    **RINGSTAD & SANDERS LLP**

_____
Todd C. Ringstad
Nanette D. Sanders
Attorneys for Dynamic Builders Inc.

845585.2

- 8 -

11. The hearings on the first and final fee applications of the professionals engaged by Dynamic, scheduled for September 14, 2011 at 10:00 A.M. shall be rescheduled to September 28, 2011 at 10:00 A.M.

12. Signature pages to this Stipulation may be delivered by electronic transmission (fax or email) of a scanned image of such signature pages and signature pages so delivered shall be deemed to be original signature pages of the parties delivering their signatures in such manner.

**IT IS SO AGREED.**

Dated: August 30, 2011         **SHEPPARD MULLIN RICHTER & HAMPTON, LLP**

/s/ David McCarty
David McCarty
Theodor A. Cohen
Attorneys for Comerica Bank

Dated: August 30, 2011         **LOEB & LOEB LLP**

/s/ Lance N. Jurich
Lance N. Jurich
Derrick Talerico
Attorneys for City National Bank

Dated: August ___, 2011        **FRANDZEL ROBINS BLOOM & CSATO, L.C.**

Kenneth N. Russak
Michael Gomez
Attorneys for Bank of America

Dated: August 30, 2011         **PILLSBURY WINTHROP SHAW PITTMAN**

/s/ Mark D. Houle
William B. Freeman
Mark D. Houle
Attorneys for Citizens Business Bank

Dated: August 30, 2011         **RINGSTAD & SANDERS LLP**

/s/ Nanette D. Sanders
Todd C. Ringstad
Nanette D. Sanders
Attorneys for Dynamic Builders Inc.

845585.2

- 8 -

| In re: Dynamic Builders, Inc. | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 8:10-14151 TA |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

2030 Main Street, Suite 1200, Irvine, CA 92614

A true and correct copy of the foregoing document described **STIPULATION BETWEEN THE DEBTOR, COMERICA BANK, CITY NATIONAL BANK, CITIZENS BUSINESS BANK AND BANK OF AMERICA FOR AN ORDER: (1) CONTINUING THE HEARING ON PLAN CONFIRMATION AND FURTHER EXTENDING CERTAIN PLAN RELATED DEADLINES; (2) CONTINUING THE HEARING ON DEBTOR'S MOTION FOR ORDER (i) AUTHORIZING SALE OR TRANSFER OF PROPERTY TO BANK OF AMERICA, N.A., OR ITS AFFILIATE, VIA CREDIT BID, PURSUANT TO THE TERMS OF THE PREVIOUSLY APPROVED "PLAN TERM SHEET" AND RELATED ORDERS; AND (ii) AUTHORIZING THE DEBTOR TO ASSUME TENANT LEASES AND ASSIGN SAME TO BANK OF AMERICA, N.A., OR ITS ASSIGNEE; AND, (3) CONTINUING THE HEARING ON FINAL FEE APPLICATIONS OF THE DEBTOR'S PROFESSIONALS** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _August 30, 2011_ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- Raymond G Alvarado    ralvarado@alvaradosmith.com
- James C Bastian    jbastian@shbllp.com
- Theodore A Cohen    tcohen@sheppardmullin.com, amontoya@sheppardmullin.com
- Michael J Gomez    mgomez@frandzel.com, efiling@frandzel.com;sking@frandzel.com
- Michael J Hauser    michael.hauser@usdoj.gov
- Mark D Houle    mark.houle@pillsburylaw.com
- Lance N Jurich    ljurich@loeb.com, kpresson@loeb.com
- Paul B Kiernan    dmckenzie@cozen.com
- David J Mccarty    dmccarty@sheppardmullin.com, pibsen@sheppardmullin.com
- Kenneth N Russak    krussak@frandzel.com, efiling@frandzel.com;ltokubo@frandzel.com
- Diego Santana    anja@thejudgefirm.com
- Robyn B Sokol    ecf@ebg-law.com, rsokol@ebg-law.com
- Derrick Talerico    dtalerico@loeb.com, kpresson@loeb.com;ljurich@loeb.com
- John N Tedford    jtedford@dgdk.com, DanningGill@Gmail.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On _____ the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                     **F 9013-3.1**

| In re: Dynamic Builders, Inc. | | CHAPTER 11 |
|---|---|---|
| | Debtor(s). | CASE NUMBER 8:10-14151 TA |

prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on August 30, 2011 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

**Via Personal Delivery:** Honorable Theodor C. Albert, U.S. Bankruptcy Court, Ronald Reagan Federal Building, 411 W. Fourth St., Suite 5085, Santa Ana, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| August 30, 2011 | Arlene Tavares | *Arlene Tavares* (signed) |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9013-3.1