United States Bankruptcy Court
Central District of California

In re:                                                          Case No. 10-14151-TA
Dynamic Builders Inc.                                           Chapter 11
       Debtor
                           **CERTIFICATE OF NOTICE**

District/off: 0973-8           User: admin              Page 1 of 1              Date Rcvd: Aug 30, 2011
                               Form ID: pdf031          Total Noticed: 8

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 01, 2011.
db         +Dynamic Builders Inc.,   2114 S Hill St,   Los Angeles, CA 90007-1478
aty         Laurie A Shade,   333 W Santa Ana Blvd Ste 407,   PO Box 1379,   Santa Ana, CA  92702-1379
aty        +Ringstad & Sanders, LLP,   2030 Main Street, 12th Floor,   Irvine, CA 92614-7256
cr         +Bank of America, N.A.,   c/o FRANDZEL ROBINS BLOOM & CSATO, L.C.,
             6500 Wilshire Boulevard, 17th Floor,   Los Angeles, CA 90048-4904
sp         +Bird, Marella, Boxer, Wolpert, Nessim, Drooks & Li,   1875 Century Park East,   23rd Floor,
             Los Angeles, CA 90067-2501
cr         +Legendary Investors Group #1 LLC,   761 Terminal Street,   Building 1, 2nd Floor,
             Los Angeles, CA 90021-1111
op         +Shaw Financial Services, Inc.,   2211 Encinitas Blvd,   Encinitas, CA 92024-4361
cr         +Talega Business Park Maintenance Corporation,   The Judge Law Firm,   19900 MacArthur Blvd,
             Suite 500,   Irvine, CA 92612-8410

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
fa         Axis Business Advisory Services LLC
cr         Boyle Vista, LLC
cr         Citizens Business Bank
cr         City National Bank
intp       Comerica Bank
intp       Courtesy NEF
cr         Coverall North America, Inc.
cr         Golden Eagle Insurance Corporation
cr         Orange County Tax Collector
                                                                                        TOTALS: 9, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 9):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Sep 01, 2011**                  **Signature:**   *Joseph Speetjens*

Todd C. Ringstad (State Bar No. 97345)
todd@ringstadlaw.com
Nanette D. Sanders (State Bar No. 120169)
nanette@ringstadlaw.com
RINGSTAD & SANDERS LLP
2030 Main Street, 12th Floor
Irvine, CA  92614
Telephone: 949.851.7450
Facsimile:  949.851.6926

General Insolvency Counsel for
Chapter 11 Debtor and Debtor-in-Possession,
Dynamic Builders, Inc.

**FILED & ENTERED**

**AUG 30 2011**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY steinber   DEPUTY CLERK**

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION**

In re

DYNAMIC BUILDERS, INC., a California corporation;

Debtor and
Debtor-in-Possession.

CASE NO. 8:10-14151 TA

Chapter 11 Proceeding

**ORDER APPROVING STIPULATION BETWEEN DEBTOR, CITY NATIONAL BANK, CITIZENS BUSINESS BANK, COMERICA BANK AND BANK OF AMERICA  FOR AN ORDER AUTHORIZING DEBTOR TO SELL REAL PROPERTIES LOCATED AT 1115 SOUTH BOYLE AVENUE AND 1121 SOUTH BOYLE AVENUE, SUITE 201, LOS ANGELES, CALIFORNIA**

**[No Hearing Set]**

The Court having read and considered the Stipulation (docket number 435) between the Debtor, City National Bank, Citizens Business Bank, Comerica Bank and Bank of America for an Order Authorizing Debtor to Sell Real Properties Located at 1115 South Boyle Avenue and 1121 South Boyle Avenue, Suite 201, Los Angeles, California and good cause having been shown, it is hereby

**ORDERED** as follows:

1. The Stipulation is approved.

2. The Debtor is authorized to sell the real properties commonly known as 1115 S.

1  Boyle Avenue, Los Angeles, CA and 1121 S. Boyle Avenue, Suite 201, Los Angeles, CA
2  (collectively, the "Property") to TLC Properties, Inc., a Louisiana corporation, or its assignee
3  ("Buyer") for the sum of $1,105,680.00 and $1,394,320.00, respectively, in accordance with the
4  terms and conditions of the sale as set forth in the Standard Offer, Agreement and Escrow
5  Instructions for the Purchase of the Real Estate, Addendum to Standard Offer, Agreement and
6  Escrow Instructions for the Purchase of the Real Estate, Property Information Sheet, Seller's
7  Mandatory Disclosure Statement, and Disclosure for Purchase and Sale of Real Estate (the
8  "Purchase Agreements", Exhibits "A" and "B" to the Stipulation).

9      3.    The industrial condominium unit described as 1115 S. Boyle Avenue, Los
10 Angeles, CA, is also referred to as Unit 1, and the industrial condominium unit described as 1121
11 S. Boyle Avenue, Suite 201, Los Angeles, CA, is also referred to as Unit 5, as shown on the
12 Condominium Plan and as recorded on Tentative Tract Map 71078 which is attached as Exhibit
13 "C" to the Stipulation.

14     4.    The Debtor is further authorized to pay Lee & Associates from the sale proceeds a
15 commission of 5.5% of the gross sales price, of which 3% shall go to the cooperating broker.
16 Commissions previously paid in connection with the Lease of 1115 S. Boyle Avenue, Los
17 Angeles, also referred to as Unit 1 as shown on the Condominium Plan attached as Exhibit "D"
18 to the Stipulation, shall be credited against the Sales Commissions.

19     5.    The Debtor is further authorized to pay from the close of the sale all normal
20 "closing costs," which may include things such as the Debtor's payment of the estate's share
21 (pursuant to the terms of the Purchase Agreements and local custom) of escrow charges,
22 recording fees, documentary transfer taxes, prorated real estate taxes, utilities, association dues
23 and charges, and other normal and customary charges, pro-rations, costs and fees.  From the net
24 proceeds of the sale to be paid to CNB, CNB shall place the amount of $141,000.00 in a separate
25 pledged account at CNB to be disbursed back to the Debtor in installments.  Said $141,000
26 amount shall be disbursed back to Debtor in four (4) equal installments in order to have the
27 Debtor construct additional parking for all units located on Tract Map 71077 and Tract Map
28 71078 as previously agreed to by and between CNB and Dynamic.

Ringstad & Sanders
L.L.P.
2030 Main Street, 12th Floor
Irvine, California 92614
949.851.7450

- 2 -

6. All net proceeds after payment of commissions, closing costs, the reimbursements approved herein, prorated taxes, and all sums referenced in the preceding paragraph, shall be paid to CNB. All such net proceeds received by CNB, less the $141,000 referenced in paragraph 4 above, shall be applied by CNB to the outstanding debt and shall reduce CNB's secured claim.

7. The Debtor is specifically authorized to take all actions and sign all documents necessary to complete the sale and accomplish all matters contemplated by this Order, including consents to assignment from Buyer to its assignee, extension agreements and related escrow amendments.

8. Except to the extent of Debtor's express representations as set forth in the Purchase Agreements, the sale of the Property to Buyer or its assignee shall be on an "as is" and "where is" basis, without representations or warranties, with all other warranties and representations being expressly disclaimed, without repairs, and with Buyer or its assignee bearing the sole responsibility to inspect, investigate and repair the Property to its satisfaction and at its sole cost and expense.

9. Pursuant to 11 U.S.C. § 363(f)(3) and (4), with the exception of covenants, conditions, restrictions, reservations, rights, rights-of-way and easements of record, the transfer of the Property shall be free and clear of all liens, claims, interests and encumbrances including, but not limited to, all monetary encumbrances. The liens, claims, interests and encumbrances being divested and removed from the Property pursuant to this paragraph shall be transferred to and shall attach to the proceeds from the sale of the Property.

10. The recording at close of escrow of a certified copy of the Order approving this Stipulation shall operate as a release and reconveyance of the Property from the liens, claims, interests and encumbrances being divested pursuant to this Stipulation and shall immediately impose said divested liens, claims, interests and encumbrances on the proceeds from the sale of the Property.

11. Buyer and/or its assignee is a good faith purchaser pursuant to 11 U.S.C. § 363(m). The Debtor and Buyer and/or its assignee, in consummating the sale(s), are entitled to the benefits of, and protections afforded by, 11 U.S.C. § 363(m), and 11 U.S.C. § 363(n) has not

- 3 -

1  been violated.

2      12.    The validity of the sale of the Property shall not be affected by the appointment of a trustee or successor trustee in the above-captioned case, the dismissal of such case or the conversion of such case to a proceeding under Chapter 7 of the Bankruptcy Code.

5      13.    Pursuant to the terms of the Purchase Agreements, during the pendency of Debtor's bankruptcy case, the Court shall have and retain exclusive jurisdiction to interpret, implement, enforce and resolve any disputes arising under or in connection with the terms of this Order, the Purchase Agreements, the sale of the Property, the escrow, any documents regarding the sale of the Property, and disputes regarding any of the foregoing, and other actions and matters referred to herein.

11      14.    The 14-day stay made applicable to the order approving this Stipulation by Rule 6004(h) of the Federal Rules of Bankruptcy Procedure shall be waived.

**IT IS SO ORDERED.**

# # #

DATED: August 30, 2011

_Theodor C. Albert_
United States Bankruptcy Judge

- 4 -

| In re: Dynamic Builders, Inc., | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 8:10-14151 TA |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I.
Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 2030 Main Street, Suite 1200, Irvine, CA 92614

The foregoing document described **ORDER APPROVING STIPULATION BETWEEN DEBTOR, CITY NATIONAL BANK, CITIZENS BUSINESS BANK, COMERICA BANK AND BANK OF AMERICA  FOR AN ORDER AUTHORIZING DEBTOR TO SELL REAL PROPERTIES LOCATED AT 1115 SOUTH BOYLE AVENUE AND 1121 SOUTH BOYLE AVENUE, SUITE 201, LOS ANGELES, CALIFORNIA** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On _____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on August 12, 2011 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

**Via Personal Delivery**: Honorable Theodor C. Albert, U.S. Bankruptcy Court, Ronald Reagan Federal Building, 411 W. Fourth St., Bin Outside Room 5097, Santa Ana, CA 92701-4593

**Via Email**:
- Raymond G Alvarado    ralvarado@alvaradosmith.com
- James C Bastian    jbastian@shbllp.com
- Theodore A Cohen    tcohen@sheppardmullin.com, amontoya@sheppardmullin.com

- 5 -

- Michael J Gomez    mgomez@frandzel.com, efiling@frandzel.com;sking@frandzel.com
- Michael J Hauser    michael.hauser@usdoj.gov
- Mark D Houle    mark.houle@pillsburylaw.com
- Lance N Jurich    ljurich@loeb.com, kpresson@loeb.com
- Paul B Kiernan    dmckenzie@cozen.com
- David J Mccarty    dmccarty@sheppardmullin.com, pibsen@sheppardmullin.com
- Kenneth N Russak    krussak@frandzel.com, efiling@frandzel.com;ltokubo@frandzel.com
- Diego Santana    anja@thejudgefirm.com
- Robyn B Sokol    ecf@ebg-law.com, rsokol@ebg-law.com
- Derrick Talerico    dtalerico@loeb.com, kpresson@loeb.com;ljurich@loeb.com
- John N Tedford    jtedford@dgdk.com, DanningGill@Gmail.com
- William Freeman    bill.freeman@pillsburylaw.com

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| August 12, 2011 | Arlene Tavares | /s/ |
| --- | --- | --- |
| *Date* | *Type Name* | *Signature* |

Ringstad & Sanders L.L.P.
2030 Main Street, 12th Floor
Irvine, California 92614
949.851.7450

- 6 -

| In re: Dynamic Builders, Inc. | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 8:10-14151 TA |

**NOTE TO USERS OF THIS FORM**:

**1)** Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
**4**) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER APPROVING STIPULATION BETWEEN DEBTOR, CITY NATIONAL BANK, CITIZENS BUSINESS BANK, COMERICA BANK AND BANK OF AMERICA FOR AN ORDER AUTHORIZING DEBTOR TO SELL REAL PROPERTIES LOCATED AT 1115 SOUTH BOYLE AVENUE AND 1121 SOUTH BOYLE AVENUE, SUITE 201, LOS ANGELES, CALIFORNIA** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of August 12, 2011, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- Raymond G Alvarado   ralvarado@alvaradosmith.com
- James C Bastian   jbastian@shbllp.com
- Theodore A Cohen   tcohen@sheppardmullin.com, amontoya@sheppardmullin.com
- Michael J Gomez   mgomez@frandzel.com, efiling@frandzel.com;sking@frandzel.com
- Michael J Hauser   michael.hauser@usdoj.gov
- Mark D Houle   mark.houle@pillsburylaw.com
- Lance N Jurich   ljurich@loeb.com, kpresson@loeb.com
- Paul B Kiernan   dmckenzie@cozen.com
- David J Mccarty   dmccarty@sheppardmullin.com, pibsen@sheppardmullin.com
- Christopher Minier   becky@ringstadlaw.com
- Todd C. Ringstad   becky@ringstadlaw.com
- Kenneth N Russak   krussak@frandzel.com, efiling@frandzel.com;ltokubo@frandzel.com
- Nanette D Sanders   becky@ringstadlaw.com
- Diego Santana   anja@thejudgefirm.com
- Robyn B Sokol   ecf@ebg-law.com, rsokol@ebg-law.com
- Derrick Talerico   dtalerico@loeb.com, kpresson@loeb.com;ljurich@loeb.com
- John N Tedford   jtedford@dgdk.com, DanningGill@Gmail.com
- United States Trustee (SA)   ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

- 7 -

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

    Dynamic Builders, Inc.
    2114 S. Hill Street
    Los Angeles, CA 90007

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☐ Service information continued on attached page

Ringstad & Sanders L.L.P.
2030 Main Street, 12th Floor
Irvine, California 92614
949.851.7450

- 8 -