Todd C. Ringstad (State Bar No. 97345)
todd@ringstadlaw.com
Nanette D. Sanders (State Bar No. 120169)
nanette@ringstadlaw.com
RINGSTAD & SANDERS LLP
2030 Main Street, 12th Floor
Irvine, CA 92614
Telephone: 949.851.7450
Facsimile: 949.851.6926

General Insolvency Counsel for
Chapter 11 Debtor and Debtor-in-Possession,
Dynamic Builders, Inc.

**FILED & ENTERED**

**SEP 13 2011**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY ngo    DEPUTY CLERK**

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION**

| | |
|---|---|
| In re<br><br>DYNAMIC BUILDERS, INC., a California corporation;<br><br>        Debtor and<br>        Debtor-in-Possession. | CASE NO. 8:10-14151 TA<br><br>Chapter 11 Proceeding<br><br>**ORDER APPROVING STIPULATION BETWEEN THE DEBTOR, COMERICA BANK, CITY NATIONAL BANK, CITIZENS BUSINESS BANK AND BANK OF AMERICA FOR AN ORDER:**<br><br>**(1) CONTINUING THE HEARING ON PLAN CONFIRMATION AND FURTHER EXTENDING CERTAIN PLAN RELATED DEADLINES;**<br><br>**(2) CONTINUING THE HEARING ON DEBTOR'S MOTION FOR ORDER (i) AUTHORIZING SALE OR TRANSFER OF PROPERTY TO BANK OF AMERICA, N.A., OR ITS AFFILIATE, VIA CREDIT BID, PURSUANT TO THE TERMS OF THE PREVIOUSLY APPROVED "PLAN TERM SHEET" AND RELATED ORDERS; AND (ii) AUTHORIZING THE DEBTOR TO ASSUME TENANT LEASES AND ASSIGN SAME TO BANK OF AMERICA, N.A., OR ITS ASSIGNEE; AND,**<br><br>**(3) CONTINUING THE HEARING ON FINAL FEE APPLICATIONS OF THE DEBTOR'S PROFESSIONALS** |

Ringstad & Sanders L.L.P.
2030 Main Street, 12th Floor
Irvine, California 92614
949.851.7450

<u>Current Confirmation Hearing Date</u>
Date: August 31, 2011
Time: 10:00 A.M.
Place: Courtroom 5B, Fifth Floor
411 West Fourth Street
Santa Ana, CA 92701

<u>Proposed New Confirmation Hearing Date</u>
Date: September 14, 2011
Time: 10:00 A.M.
Place: Courtroom 5B, Fifth Floor
Ronald Reagan Federal Building
and United States Courthouse
411 West Fourth Street
Santa Ana, CA 92701

The Court having read and considered the Stipulation (docket number 446) between the Debtor, Comerica Bank, City National Bank, Citizens Business Bank and Bank of America for an Order: (1) Continuing the Hearing on Plan Confirmation and Further Extending Certain Plan Related Deadlines; (2) Continuing the Hearing on Debtor's Motion for Order (i) Authorizing Sale or Transfer of Property to Bank of America, N.A., or its Affiliate, via Credit Bid, Pursuant to the Terms of the Previously Approved "Plan Term Sheet" and Related Orders; and (ii) Authorizing the Debtor to Assume Tenant Leases and Assign Same to Bank of America, N.A., or its Assignee; and, (3) Continuing the Hearing on Final Fee Applications of the Debtor's Professionals, and good cause having been shown, it is hereby

**ORDERED** as follows:

1.  The Stipulation is approved.

2.  The hearing on confirmation of the Plan scheduled for August 31, 2011 at 10:00 A.M. shall be rescheduled to September 14, 2011 at 10:00 A.M.

3.  The Solicitation Exclusivity Period within which Dynamic may solicit acceptances to a plan pursuant to Bankruptcy Code §1121(c)(3), shall be extended from August 31, 2011 to September 14, 2011.

4.  The deadline for the Lenders to submit ballots voting to accept or reject the Plan shall be extended from August 22, 2011 at 5:00 P.M. to September 12, 2011 at 5:00 P.M.

5. The deadline for the Lenders to file objections to the Plan shall be extended from August 22, 2011 at 5:00 P.M. to September 12, 2011 at 5:00 P.M.

6. The deadline to submit any supplements to the Plan ("Plan Supplement Deadline") shall be extended from August 17, 2011 to September 14, 2011.

7. On or before September 12, 2011, Dynamic shall file and serve any additional pleadings and evidence in support of confirmation of the Plan.

8. The Plan must be confirmed no later than September 14, 2011, and the Effective Date of the Plan must occur no later than September 30, 2011.

9. Dynamic shall be authorized and directed to tender monthly payments to Citizens on account of the San Leandro Property and Carson Property on October 1, 2011, and on the first business day of subsequent months, upon written approval from all signatories hereto, consistent with the terms of the Plan Term Sheet, until such time as the proposed Plan is confirmed and payments to Citizens commence thereunder. The amounts of such payments shall include the monthly principal and interest amounts Debtor was authorized to pay to Citizens pursuant to that certain stipulation between the parties regarding, inter alia, payment of Plan Term Sheet payments to Citizens, filed on March 22, 2011 [Docket No. 367] ("Plan Payment Stipulation"), and order thereon entered on March 29, 2011[1], and shall also each include an additional $25,000.00 per month as provided in the Plan Term Sheet in the event the San Leandro Property is not sold by such payment date. The amounts to be paid to Citizens as referenced in the Plan Payment Stipulation are approximate and do not take into account outstanding interest, costs or fees, and, as such, the payments made to Citizens prior to the Effective Date of the Dynamic plan of reorganization ("Effective Date") shall be reconciled and trued up, with any shortfall paid to Citizens as part of the first plan payment on account of the San Leandro Property and the Carson Property, as applicable, made to Citizens under the Dynamic plan of reorganization after the Effective Date.

---

[1] The provisions of the Plan Payment Stipulation were modified such that Dynamic was authorized to tender the specified monthly payments to Citizens on July 1, 2011 and August 1, 2011, by way of the June 17, 2011 Order (Docket No. 414).

1    10.    Dynamic is further authorized and directed to borrow from the Bonin estate, if needed, up to $125,000.00 for the purpose of tendering monthly payments to Citizens, consistent with Paragraph 8 of the Stipulation. Any such borrowings shall be on an unsecured, administrative basis.

11.    The hearing on the Debtor's Motion for Order (i) Authorizing Sale or Transfer of Property to Bank of America, N.A., or its Affiliate, via Credit Bid, Pursuant to the Terms of the Previously Approved "Plan Term Sheet" and Related Orders; and (ii) Authorizing the Debtor to Assume Tenant Leases and Assign Same to Bank of America, N.A., or its Assignee (the "WFC Sale Motion"), shall be continued from August 31, 2011 at 10:00 a.m. to September 14, 2011 at 10:00 a.m.

12.    The hearings on the first and final fee applications of the professionals engaged by Dynamic, scheduled for September 14, 2011 at 10:00 A.M., shall be rescheduled to September 28, 2011 at 10:00 A.M.

# # #

DATED: September 13, 2011

_Theodor C. Albert_
United States Bankruptcy Judge

- 4 -

| In re: Dynamic Builders, Inc., | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 8:10-14151 TA |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I.
Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 2030 Main Street, Suite 1200, Irvine, CA 92614

The foregoing document described **ORDER APPROVING STIPULATION BETWEEN THE DEBTOR, COMERICA BANK, CITY NATIONAL BANK, CITIZENS BUSINESS BANK AND BANK OF AMERICA FOR AN ORDER: (1) CONTINUING THE HEARING ON PLAN CONFIRMATION AND FURTHER EXTENDING CERTAIN PLAN RELATED DEADLINES; (2) CONTINUING THE HEARING ON DEBTOR'S MOTION FOR ORDER (i) AUTHORIZING SALE OR TRANSFER OF PROPERTY TO BANK OF AMERICA, N.A., OR ITS AFFILIATE, VIA CREDIT BID, PURSUANT TO THE TERMS OF THE PREVIOUSLY APPROVED "PLAN TERM SHEET" AND RELATED ORDERS; AND (ii) AUTHORIZING THE DEBTOR TO ASSUME TENANT LEASES AND ASSIGN SAME TO BANK OF AMERICA, N.A., OR ITS ASSIGNEE; AND, (3) CONTINUING THE HEARING ON FINAL FEE APPLICATIONS OF THE DEBTOR'S PROFESSIONALS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On _____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on August 30, 2011 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

**Via Personal Delivery**: Honorable Theodor C. Albert, U.S. Bankruptcy Court, Ronald Reagan Federal Building, 411 W. Fourth St., Bin Outside Room 5097, Santa Ana, CA 92701-4593

- 5 -

Ringstad & Sanders L.L.P.
2030 Main Street, 12th Floor
Irvine, California 92614
949.851.7450

**Via Email**:
- Raymond G Alvarado    ralvarado@alvaradosmith.com
- James C Bastian    jbastian@shbllp.com
- Theodore A Cohen    tcohen@sheppardmullin.com, amontoya@sheppardmullin.com
- Michael J Gomez    mgomez@frandzel.com, efiling@frandzel.com;sking@frandzel.com
- Michael J Hauser    michael.hauser@usdoj.gov
- Mark D Houle    mark.houle@pillsburylaw.com
- Lance N Jurich    ljurich@loeb.com, kpresson@loeb.com
- Paul B Kiernan    dmckenzie@cozen.com
- David J Mccarty    dmccarty@sheppardmullin.com, pibsen@sheppardmullin.com
- Kenneth N Russak    krussak@frandzel.com, efiling@frandzel.com;ltokubo@frandzel.com
- Diego Santana    anja@thejudgefirm.com
- Robyn B Sokol    ecf@ebg-law.com, rsokol@ebg-law.com
- Derrick Talerico    dtalerico@loeb.com, kpresson@loeb.com;ljurich@loeb.com
- John N Tedford    jtedford@dgdk.com, DanningGill@Gmail.com
- William Freeman    bill.freeman@pillsburylaw.com

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| August 30, 2011 | Arlene Tavares | /s/ |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

| In re: Dynamic Builders, Inc. | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 8:10-14151 TA |

**NOTE TO USERS OF THIS FORM**:
**1)** Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
**4**) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER APPROVING STIPULATION BETWEEN THE DEBTOR, COMERICA BANK, CITY NATIONAL BANK, CITIZENS BUSINESS BANK AND BANK OF AMERICA FOR AN ORDER: (1) CONTINUING THE HEARING ON PLAN CONFIRMATION AND FURTHER EXTENDING CERTAIN PLAN RELATED DEADLINES; (2) CONTINUING THE HEARING ON DEBTOR'S MOTION FOR ORDER (i) AUTHORIZING SALE OR TRANSFER OF PROPERTY TO BANK OF AMERICA, N.A., OR ITS AFFILIATE, VIA CREDIT BID, PURSUANT TO THE TERMS OF THE PREVIOUSLY APPROVED "PLAN TERM SHEET" AND RELATED ORDERS; AND (ii) AUTHORIZING THE DEBTOR TO ASSUME TENANT LEASES AND ASSIGN SAME TO BANK OF AMERICA, N.A., OR ITS ASSIGNEE; AND, (3) CONTINUING THE HEARING ON FINAL FEE APPLICATIONS OF THE DEBTOR'S PROFESSIONALS** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of August 30, 2011, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- Raymond G Alvarado    ralvarado@alvaradosmith.com
- James C Bastian    jbastian@shbllp.com
- Theodore A Cohen    tcohen@sheppardmullin.com, amontoya@sheppardmullin.com
- Michael J Gomez    mgomez@frandzel.com, efiling@frandzel.com;sking@frandzel.com
- Michael J Hauser    michael.hauser@usdoj.gov
- Mark D Houle    mark.houle@pillsburylaw.com
- Lance N Jurich    ljurich@loeb.com, kpresson@loeb.com
- Paul B Kiernan    dmckenzie@cozen.c
- David J Mccarty    dmccarty@sheppardmullin.com, pibsen@sheppardmullin.com
- Christopher Minier    becky@ringstadlaw.com
- Todd C. Ringstad    becky@ringstadlaw.com
- Kenneth N Russak    krussak@frandzel.com, efiling@frandzel.com;ltokubo@frandzel.com
- Nanette D Sanders    becky@ringstadlaw.com
- Diego Santana    anja@thejudgefirm.com
- Robyn B Sokol    ecf@ebg-law.com, rsokol@ebg-law.com
- Derrick Talerico    dtalerico@loeb.com, kpresson@loeb.com;ljurich@loeb.com
- John N Tedford    jtedford@dgdk.com, DanningGill@Gmail.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

Ringstad & Sanders L.L.P.
2030 Main Street, 12th Floor
Irvine, California 92614
949.851.7450

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

    Dynamic Builders, Inc.
    2114 S. Hill Street
    Los Angeles, CA 90007

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☐ Service information continued on attached page

Ringstad & Sanders L.L.P.
2030 Main Street, 12th Floor
Irvine, California 92614
949.851.7450

- 8 -